11/07/26 10:12PM

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Clipper City Brewing Company, L.P.** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Heavy Seas Beer** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1901185** | |
| 4. | **Debtor's address** | **Principal place of business**<br>**4615 Hollins Ferry Road, Suite B**<br>**Halethorpe, MD 21227**<br>Number, Street, City, State & ZIP Code<br>**Baltimore**<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.hsbeer.com** | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** **4615 Hollins Ferry Road, Suite B**
**Halethorpe, MD, 21227-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

11/07/26 10:12PM

Debtor **Clipper City Brewing Company, L.P.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 7, 2026**
MM / DD / YYYY

*X* **/s/ Hugh J. Sisson**
Signature of authorized representative of debtor

**Hugh J. Sisson**
Printed name

Title **President of Sisson Management, Inc., Gen. Partner of Debtor**

**18. Signature of attorney**

*X* **/s/ Paul Sweeney**
Signature of attorney for debtor

Date **November 7, 2026**
MM / DD / YYYY

**Paul Sweeney 07072**
Printed name

**YVS Law, LLC**
Firm name

**185 Admiral Cochrane Drive, Suite 130**
**Annapolis, MD 21401**
Number, Street, City, State & ZIP Code

Contact phone **(443) 569-5972** Email address **psweeney@yvslaw.com**

**07072 MD**
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CLIPPER CITY BREWING COMPANY, L.P. | * | Case No: 26-__________ (Chapter 11) |
| Debtor | * | |

* * * * * * * * * * * *

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Hugh J. Sisson, declare under penalty of perjury that I am the president and sole shareholder of Sisson Management, Inc., the general partner of Clipper City Brewing Company, L.P. (the "Partnership"), and that the following is a true and correct copy of the resolutions adopted by the general partner of the Partnership, at a special meeting duly called and held on the 6th day of November 2026.

> Whereas, it is in the best interest of the Partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;
>
> Be It Therefore Resolved, that Hugh J. Sisson, president and sole shareholder of Sisson Management, Inc., the general partner of the Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Partnership;
>
> Be It Further Resolved, that Hugh J. Sisson, president and sole shareholder of Sisson Management, Inc., the general partner of the Partnership, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Partnership in connection with such bankruptcy case; and
>
> Be It Further Resolved, that Hugh J. Sisson, president and sole shareholder of Sisson Management, Inc., the general partner of the Partnership, is authorized and directed to employ Paul Sweeney and the law firm of YVS Law, LLC to represent the Partnership in such bankruptcy case.

CLIPPER CITY BREWING COMPANY, L.P.

By: SISSON MANAGEMENT, INC., its general partner

By: [signature]

Name: Hugh J. Sisson

Title: President and Sole Shareholder

# Clipper City Brewing Company, L.P.
## Balance Sheet
## As of December 31, 2025 and November 7, 2026

| | 12/31/2025 | 11/7/2026 |
|---|---|---|
| Assets | | |
| Current Assets | | |
| Cash and bank accounts | 195,788.63 | 21,881.86 |
| Accounts receivable, net of allowance | 238,336.35 | 214,213.80 |
| Inventory | 571,592.55 | 625,083.13 |
| Prepaid expenses and other | 51,137.99 | 25,795.00 |
| Professional retainers | 0.00 | 11,500.00 |
| **Total Current Assets** | **1,056,855.52** | **898,473.79** |
| Fixed Assets | | |
| Property and equipment, at cost | 12,036,023.46 | 12,036,023.46 |
| Less accumulated depreciation | -10,336,947.20 | -10,647,532.20 |
| Loan costs, package designs and software, net | 69,963.20 | 61,174.20 |
| Right-of-use asset - building | 491,385.90 | 491,385.90 |
| **Total Fixed Assets** | **2,260,425.36** | **1,941,051.36** |
| Security deposits | 35,300.00 | 35,300.00 |
| **Total Assets** | **3,352,580.88** | **2,874,825.15** |
| Liabilities and Partners' Capital (Deficit) | | |
| Current Liabilities | | |
| Accounts payable | 614,772.76 | 525,629.35 |
| Credit cards | 4,342.11 | 92,340.08 |
| Accrued payroll, payroll taxes and 401(k) | 100,267.10 | 8,162.39 |
| Accrued expenses | 9,088.03 | -0.00 |
| Sales and excise taxes payable | 40,946.84 | 1,376.01 |
| Keg deposits and gift card liability | 19,180.90 | 15,667.17 |
| Bank line of credit | 99,750.00 | 0.00 |
| Current maturities of long-term debt | 254,229.00 | 254,229.00 |
| **Total Current Liabilities** | **1,142,576.74** | **897,404.00** |
| Long-term Liabilities | | |
| Wells Fargo term loan | 2,460,007.87 | 2,330,740.34 |
| Less current maturities of long-term debt | -254,229.00 | -254,229.00 |
| Partner loans - Hugh Sisson | 268,000.00 | 328,298.91 |
| Sisson Revocable Trust Loan | 0.00 | 400,506.43 |
| Lease liability - building | 598,187.09 | 598,187.13 |
| ColFin (landlord) note payable | 18,094.89 | 5,852.88 |
| **Total Long-term Liabilities** | **3,090,060.85** | **3,409,356.69** |
| **Total Liabilities** | **4,232,637.59** | **4,306,760.69** |
| Partners' Capital (Deficit) | | |
| General partner - Sisson Management, Inc. | -220,359.92 | -272,715.92 |
| Limited partners (Classes A - F) | -240,318.25 | -607,341.25 |
| Retained earnings and net income (loss) | -419,378.54 | -551,878.37 |
| **Total Partners' Capital (Deficit)** | **-880,056.71** | **-1,431,935.54** |
| **Total Liabilities and Partners' Capital (Deficit)** | **3,352,580.88** | **2,874,825.15** |

**Notes:**

These preliminary internal financial statements were prepared by management on the accrual basis from the Debtor's QuickBooks records and have not been audited, reviewed or compiled.

# Clipper City Brewing Company, L.P.
## Profit and Loss
## January 1 - November 7, 2026

| | Total |
|---|---|
| Income | |
| Taproom and retail sales | 616,763.85 |
| Wholesale sales | 4,468,977.72 |
| **Total Income** | **5,085,741.57** |
| Cost of Goods Sold | |
| Product cost, materials, supplies and utilities | 2,442,916.49 |
| Direct labor | 725,889.25 |
| Freight and keg rental | 24,771.18 |
| Excise taxes - federal and state | 63,397.29 |
| Taproom cost of sales, supplies and labor | 239,067.21 |
| Inventory adjustments and WIP loss | 27,530.31 |
| **Total Cost of Goods Sold** | **3,523,571.73** |
| **Gross Profit** | **1,562,169.84** |
| Expenses | |
| Sales and marketing wages | 391,397.24 |
| Advertising, promotion and samples | 26,037.89 |
| Distributor co-op and depletion allowances | 49,760.05 |
| Travel, auto and meals | 42,719.58 |
| General and administrative wages | 76,884.24 |
| Payroll taxes and employee benefits | 172,625.01 |
| Rent - building | 436,673.31 |
| Office, telephone, utilities and other | 80,985.36 |
| Insurance | 64,816.69 |
| Professional fees and software support | 196,511.19 |
| Taxes, licenses and permits | 15,495.26 |
| Bank, merchant and service charges | 34,903.83 |
| Interest expense | 220,140.92 |
| Depreciation and amortization | 319,374.00 |
| **Total Expenses** | **2,128,324.57** |
| **Net Operating Income (Loss)** | **-566,154.73** |
| Other income | 12,195.90 |
| (Gain) loss from disposal of assets | -2,080.00 |
| **Net Other Income** | **14,275.90** |
| **Net Income (Loss)** | **-551,878.83** |

**Notes:**

These preliminary internal financial statements were prepared by management on the accrual basis from the Debtor's QuickBooks records and have not been audited, reviewed or compiled.

# Clipper City Brewing Company, L.P.
## Statement of Cash Flows
## January 1 - November 7, 2026

| | Total |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income (Loss) | -551,878.83 |
| Adjustments to reconcile net income to net cash provided by operations: | |
| Depreciation and amortization | 319,374.00 |
| Accounts receivable, net | 24,122.55 |
| Inventory | -53,490.58 |
| Prepaid expenses, retainers and other | 13,842.99 |
| Accounts payable and credit cards | -1,145.44 |
| Accrued wages, payroll taxes, benefits and other expenses | -101,192.74 |
| Sales and excise taxes payable | -39,570.83 |
| Keg deposits and gift card liability | -3,513.73 |
| **Total adjustments** | **158,426.22** |
| **Net cash provided by (used in) operating activities** | **-393,452.61** |
| **INVESTING ACTIVITIES** | |
| Purchase of equipment and software, net | 0.00 |
| **Net cash used in investing activities** | **0.00** |
| **FINANCING ACTIVITIES** | |
| Insider loans | 460,805.34 |
| Wells Fargo term loan and line of credit - repayments | -229,017.53 |
| ColFin (landlord) note payable - payments | -12,242.01 |
| Partners' capital and other, net | 0.04 |
| **Net cash provided by financing activities** | **219,545.84** |
| **NET CASH INCREASE (DECREASE) FOR PERIOD** | **-173,906.77** |
| **Cash at beginning of period** | **195,788.63** |
| **CASH AT END OF PERIOD** | **21,881.86** |

**Notes:**

These preliminary internal financial statements were prepared by management on the accrual basis from the Debtor's QuickBooks records and have not been audited, reviewed or compiled.

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

**For calendar year 2025, or tax year beginning ............, ending ............ .**
**Go to *www.irs.gov/Form1065* for instructions and the latest information.**

OMB No. 1545-0123 **2025**

| | | | | | |
|---|---|---|---|---|---|
| A Principal business activity: MICRO BREWER | Name of partnership: CLIPPER CITY BREWING COMPANY, L.P. | | | | D Employer identification number: **-***1185 |
| B Principal product or service: BEVERAGES | Number and street: 4615 HOLLINS FERRY ROAD; SUITE B | | Room or suite no. | | E Date business started: 10/04/1994 |
| C Business code number: 312120 | City or town: BALTIMORE | State or province: MD | Country | ZIP or foreign postal code: 21227 | F Total assets (see instructions): $ 3,352,584 |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify):

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: 66

**J** Check if Schedules C and M-3 are attached ☐

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| Section | Line | Description | | Line | Amount |
|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 6,640,907 b Less returns and allowances c Balance | | 1c | 6,640,907 |
| | 2 | Cost of goods sold (attach Form 1125-A) | | 2 | 4,696,542 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 1,944,365 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | 3,720 |
| | 7 | Other income (loss) (attach statement) SEE STATEMENT 1 | | 7 | 125,553 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 | 2,073,638 |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | 714,927 |
| | 10 | Guaranteed payments to partners | | 10 | |
| | 11 | Repairs and maintenance | | 11 | 9,114 |
| | 12 | Bad debts | | 12 | 637 |
| | 13 | Rent | | 13 | 371,054 |
| | 14 | Taxes and licenses | | 14 | 146,338 |
| | 15 | Interest (see instructions) SEE STATEMENT 2 | | 15 | 281,119 |
| | 16a | Depreciation (if required, attach Form 4562) | 16a 61,331 | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | 61,331 |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | 17 | |
| | 18 | Retirement plans, etc. | | 18 | 25,212 |
| | 19 | Employee benefit programs | | 19 | 13,626 |
| | 20 | Energy efficient commercial buildings deduction (attach Form 7205) | | 20 | |
| | 21 | Other deductions (attach statement) SEE STATEMENT 3 | | 21 | 511,200 |
| | 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | | 22 | 2,134,558 |
| | 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | | 23 | -60,920 |
| Tax and Payment | 24 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | 24 | |
| | 25 | Interest due under the look-back method—income forecast method (attach Form 8866) | | 25 | |
| | 26 | BBA AAR imputed underpayment (see instructions) | | 26 | |
| | 27 | Other taxes (see instructions) | | 27 | |
| | 28 | **Total balance due.** Add lines 24 through 27 | | 28 | |
| | 29 | Elective payment election amount from Form 3800 | | 29 | |
| | 30 | Payment (see instructions) | | 30 | |
| | 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | | 31 | |
| | 32a | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | | 32a | |
| | b | Routing number ______ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member ______ Date ______

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| Paid Preparer Use Only | | | | |
|---|---|---|---|---|
| Print/Type preparer's name: RYAN LETKE, CPA | Preparer's signature: RYAN LETKE, CPA | Date: 07/02/26 | Check ☐ if self-employed | PTIN: ********* |
| Firm's name: WEBERMESSICK | | | Firm's EIN: **-***4695 | |
| Firm's address: 1740 EAST JOPPA RD, SUITE 200 BALTIMORE, MD 21234 | | | Phone no. 410-933-8811 | |

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership  b ☒ Domestic limited partnership | | |
| c | ☐ Domestic limited liability company  d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership  f ☐ Other: | | |
| 2 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1 | | X |
| 3 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more, of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of corporation | (ii) Employer identification number (if any) | (iii) Country of incorporation | (iv) Percentage owned in voting stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of entity | (ii) Employer identification number (if any) | (iii) Type of entity | (iv) Country of organization | (v) Maximum percentage owned in profit, loss, or capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 4 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| 5 | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| 6 | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 7 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 8 | At any time during calendar year 2025, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ______ | | X |
| 9 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 10a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election ______ See instructions for details regarding a section 754 election. | | X |
| b | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ ______ and the total aggregate net negative amount $ ( ______ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

**Schedule B Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ ______ and the total aggregate net negative amount $(______) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| d | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ ______ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| e | Reserved for future use | | |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13a | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions **0** | | |
| b | Reserved for future use | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return **0** | | |
| 16a | Did you make any payments in 2025 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return **0** | | |
| 18 | Enter the number of partners that are foreign governments under section 892 **0** | | |
| 19 | During the partnership's tax year, did the partnership make any payments, or receive any payments allocable to foreign partners, that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions $ ______ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $31 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Does the partnership intend to self-certify as a qualified opportunity fund? | | X |
| | If "Yes," complete and attach Form 8996, Qualified Opportunity Fund, and enter the amount (if any) from Form 8996, line 15 $ ______ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership **0** Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |

Form 1065 (2025) CLIPPER CITY BREWING COMPANY, L.P. **-***1185 Page 4

**Schedule B Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage: By vote: By value: | | X |
| 29 | Is the partnership required to file Form 7208, Excise Tax on Repurchase of Corporate Stock (see instructions): | | |
| a | Under the applicable foreign corporation rules? | | X |
| b | Under the covered surrogate foreign corporation rules? | | X |
| | If "Yes" to either (a) or (b), complete Form 7208. See the Instructions for Form 7208. | | |
| 30 | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions | | X |
| 31 | Reserved for future use | | |
| 32 | Check this box if an election out of subchapter K under section 761 is being made. See instructions ☐ | | |
| 33 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ________ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| First name of PR (or entity name) | | Last name of PR | | |
|---|---|---|---|---|
| HUGH | | SISSION | | |

| U.S. address of PR | Street | City | State | ZIP code | U.S. phone number of PR |
|---|---|---|---|---|---|
| | 3812 RIVER STREET | OCEAN VIEW | DE | 19970 | |

Name of designated individual (DI) if PR is an entity

| First name of DI | Last name of DI |
|---|---|
| | |

| U.S. address of DI | Street | City | State | ZIP code | U.S. phone number of DI |
|---|---|---|---|---|---|
| | | | | | |

11/07/26 10:12PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clipper City Brewing Company, L.P.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WestRock<br>P. O. Box 409813<br>Atlanta, GA 30384-9424** | | **trade debt** | | | | **$104,555.64** |
| **PR III CREP Hollins Ferry Road Owner LLC<br>c/o Cushman & Wakefield<br>P. O. Box 40112<br>Newark, NJ 07101** | | **Security deposit - building** | | **$123,461.98** | **$25,000.00** | **$98,461.98** |
| **Citi Business A*Advantage Card<br>Citibank/Centralized Bankruptcy<br>P. O. Box 790034<br>St. Louis, MO 63179** | | **business credit card (account in name of Sisson Management, Inc.)** | | | | **$57,096.69** |
| **Yakima Chief-Hopunion LLC<br>306 Division Street<br>Yakima, WA 98902** | | **trade debt** | **Contingent<br>Unliquidated** | | | **$55,836.00** |
| **John I. Haas, Inc.<br>c/o Registered Agents Legal Services LLC<br>1013 Centre Road, Suite 403S<br>Wilmington, DE 19805** | | **trade debt** | **Contingent<br>Unliquidated<br>Disputed** | | | **$44,250.66** |
| **MaltEurop<br>6737 West Washington Street, Suite 4204<br>Milwaukee, WI 53214** | | **trade debt** | | | | **$41,104.00** |

Debtor **Clipper City Brewing Company, L.P.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Elan/Atlantic Union Bank 1051 East Cary Street Richmond, VA 23219** | | **business credit cards** | | | | **$35,243.39** |
| **Ardagh Glass Inc. P. O. Box 417913 Boston, MA 02241-7914** | | **trade debt** | | | | **$32,329.44** |
| **Ball Corporation P. O. Box 830162 Philadelphia, PA 19182-0162** | | **trade debt** | | | | **$21,061.38** |
| **Roberts Oxygen Company, Inc. P. O. Box 5507 Rockville, MD 20855** | | **trade debt** | | | | **$20,971.05** |
| **Gift card holders (taproom customers) c/o 4615 Hollins Ferry Road, Suite B Halethorpe, MD 21227** | | **Unredeemed gift cards** | | | | **$13,687.17** |
| **BSG Craftbrewing P. O. Box 74769 Chicago, IL 60694-4769** | | **trade debt** | | | | **$12,117.83** |
| **GEA North America, Inc. 9165 Rumsey Road Columbia, MD 21045** | | **trade debt** | | | | **$7,087.61** |
| **Echo Global Logistics Attn: Accounts Receivable 22168 Network Place Chicago, IL 60673-1221** | | **trade debt** | | | | **$6,592.66** |
| **P.E. USA, Inc. Lockbox 933208 4100 West 150th Street Cleveland, OH 44135** | | **trade debt** | | | | **$6,176.32** |
| **Ingersoll-Rand Industrial U.S., Inc. 525 Harbour Place Drive, Suite 600 Davidson, NC 28036** | | **trade debt** | | | | **$6,119.68** |

Debtor **Clipper City Brewing Company, L.P.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PR III CREP Hollins Ferry Road Owner LLC c/o Cushman & Wakefield P. O. Box 40112 Newark, NJ 07101** | | **note payable - rent deferral** | | | | **$5,852.88** |
| **King Pallet, Inc. 1112 Hengemihle Avenue Essex, MD 21221** | | **trade debt** | | | | **$5,490.00** |
| **Cleanedge 3121 Wilmarco Drive Baltimore, MD 21223** | | **trade debt** | | | | **$4,609.25** |
| **MJ Distribution 711 West 40th Street, Suite 210A Baltimore, MD 21211** | | **trade debt** | | | | **$3,861.00** |

11/07/26 10:12PM

**Fill in this information to identify the case:**

Debtor name **Clipper City Brewing Company, L.P.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$5,085,741.57** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$6,640,907.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$7,817,418.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | **See attached** | **$14,275.90** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | **See attached** | **$129,286.63** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | **See attached** | **$27,264.35** |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Ardagh Glass Inc.**<br>**P. O. Box 417913**<br>**Boston, MA 02241-7914** | **8/17/26, 9/14/26, 10/5/26 (2), 10/19/26, 11/5/26** | **$100,637.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **BGE**<br>**P. O. Box 13070**<br>**Philadelphia, PA 19101-3070** | **20 payments, 8/10/26-11/5/26** | **$146,281.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **BSG Craftbrewing**<br>**P. O. Box 74769**<br>**Chicago, IL 60694-4769** | **8/10, 8/31, 9/28, 10/5, 10/19/26** | **$23,608.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Ball Corporation**<br>**P. O. Box 830162**<br>**Philadelphia, PA 19182-0162** | **8/17, 9/14, 9/18, 9/21, 10/19, 11/2/26** | **$118,309.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **Cincinnati Insurance Company**<br>**6200 South Gilmore Road**<br>**Fairfield, OH 45014** | **8/31, 9/30, 10/22/26** | **$13,122.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **Cleanedge**<br>**3121 Wilmarco Drive**<br>**Baltimore, MD 21223** | **8/10, 8/13, 9/14, 9/21, 10/5, 10/13/26** | **$15,435.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Cushman & Wakefield**<br>**225 West Wacker Drive, Suite 3000**<br>**Chicago, IL 60606** | **9/8, 10/6/26** | **$137,054.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

11/07/26 10:12PM

Debtor **Clipper City Brewing Company, L.P.** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Echo Global Logistics**<br>**Attn: Accounts Receivable**<br>**22168 Network Place**<br>**Chicago, IL 60673-1221** | **9 payments, 8/10/26-11/2/26** | **$28,306.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. **Elan/Atlantic Union Bank**<br>**1051 East Cary Street**<br>**Richmond, VA 23219** | **8/10, 9/10, 10/10/26** | **$49,692.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **business credit cards** |
| 3.10. **Green Bay Packaging**<br>**P. O. Box 741115**<br>**Chicago, IL 60674-1115** | **9/18, 11/5/26** | **$23,245.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Hop Alliance**<br>**51960 West 12 Mile Road**<br>**Wixom, MI 48393** | **12 payments, 8/12/26-11/2/26** | **$68,058.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **Inland Label & Marketing Services, LLC**<br>**2009 West Avenue South**<br>**La Crosse, WI 54601** | **8/13/26, 9/8/26** | **$17,040.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Kentucky Bourbon Barrel**<br>**P. O. Box 104**<br>**Lebanon, MO 65536** | **8/13, 10/8, 10/22/26** | **$17,065.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **MaltEurop**<br>**6737 West Washington Street, Suite 4204**<br>**Milwaukee, WI 53214** | **10 payments, 8/11/26-11/5/26** | **$170,480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **Mather Strohl B/CRC Benefits**<br>**P. O. Box 418742**<br>**Boston, MA 02241-8742** | **9/2, 10/2, 11/1/26** | **$23,264.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

11/07/26 10:12PM

Debtor **Clipper City Brewing Company, L.P.** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16. **McCormick & Company, Inc.**<br>**2408 Collection Center Drive**<br>**Chicago, IL 60693** | **11/5/26** | **$20,159.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. **Microstar Keg Management**<br>**P. O. Box 912392**<br>**Denver, CO 80291-2857** | **8/17, 9/11, 10/9, 11/2/26** | **$62,102.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. **Old Dominion Freight Line, Inc.**<br>**P. O. Box 415202**<br>**Boston, MA 02241-5202** | **7 payments, 8/13/26-10/28/26** | **$10,121.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. **PCI Service Company**<br>**7909 Philadelphia Road**<br>**Rosedale, MD 21237-2694** | **8/13, 10/28/26** | **$10,882.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. **State of Maryland**<br>**Comptroller's Office**<br>**301 West Preston Street, Room 206**<br>**Baltimore, MD 21201** | **10/9, 10/19, 11/6/26** | **$28,138.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **sales and beer excise taxes** |
| 3.21. **U.S. Treasury - Alcohol and Tobacco**<br>**Tax and Trade Bureau**<br>**National Revenue Center**<br>**550 Main Street, Suite 8002**<br>**Cincinnati, OH 45202** | **9 payments, 8/10/26-11/6/26** | **$18,775.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **federal excise tax** |
| 3.22. **WestRock**<br>**P. O. Box 409813**<br>**Atlanta, GA 30384-9424** | **8/17, 9/28, 10/5, 10/6, 10/13, 10/19, 10/26/26** | **$76,834.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Clipper City Brewing Company, L.P.** Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Sisson Management, Inc.**<br>**4615 Hollins Ferry Road, Suite B**<br>**Halethorpe, MD 21227**<br>**general partner** | **12 payments, 11/28/25-10/27/26** | **$55,988.95** | **Payments on Citi credit card account in the name of Sisson Management, Inc.** |
| 4.2. | **Hugh J. Sisson**<br>**23467 Turtle Grass Street**<br>**Millville, DE 19967**<br>**president of general partner Sisson Management, Inc.** | **1/20/26 $1,000.00; 4/1/26 $1,960.00; 5/14/26 $5,420.80; 6/25/26 $20,000.00; 7/30/26 $15,000.00** | **$43,380.80** | **Repayment of short-term loans ($35,000); expense reimbursement; cash withdrawn from taproom; transfer** |
| 4.3. | **Caroline Sisson**<br>**4615 Hollins Ferry Road, Suite B**<br>**Halethorpe, MD 21227**<br>**daughter of Hugh Sisson** | **bi-weekly payroll 10/1/25-10/1/26** | **$88,556.34** | **Gross salary (net $61,365.83)** |
| 4.4. | **Hugh J. Sisson**<br>**23467 Turtle Grass Street**<br>**Millville, DE 19967**<br>**president of general partner Sisson Management, Inc.** | | **$0.00** | **salary - $0.00** |
| 4.5. | **Raymond James Bank**<br>**710 Carillon Parkway**<br>**Saint Petersburg, FL 33716**<br>**lender to Hugh J. Sisson** | **13 payments, 11/20/25-11/5/26** | **$33,007.85** | **Interest on Sisson loans paid by Debtor** |
| 4.6. | **Wells Fargo SBA Lend East Coast**<br>**420 Montgomery Street**<br>**San Francisco, CA 94163-0001**<br>**Lender; loan guaranteed by insiders (Schedule H)** | **29 payments, 11/10/25-10/15/26** | **$385,831.42** | **Payments on SBA term loan guaranteed by insiders** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Folds of Honor Golf Tournament<br>5971 North Patriot Drive<br>Owasso, OK 74055** | **sponsorship of golf tournament** | | **$4,000.00** |
| | **Recipients relationship to debtor** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **YVS Law, LLC**<br>**185 Admiral Cochrane Drive, Suite 130**<br>**Annapolis, MD 21401** | **Attorneys' fees; $10,000 retainer held at filing** | **2/16/26 $10,000.00; 4/16/26 $172.50; 6/11/26 $1,739.00; 7/2/26 $1,062.50; 9/18/26 $13,813.00; 9/24/26 $15,819.00; 10/26/26 $10,514.70; 11/6/26 $23,000.00** | **$76,120.70** |

**Email or website address**
**psweeney@yvslaw.com**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.2. | **SC&H Group, Inc.**<br>**P. O. Box 64271**<br>**Baltimore, MD 21264-4271** | **$10,000 retainer plus payment on monthly invoices (retainer is now $0.00)** | | **Unknown** |

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.3. | **The Witherspoon Group**<br>**1204 Boyce Avenue**<br>**Towson, MD 21204** | **Financial advisor; $1,500 retainer held at filing** | **7/24/26** | **$10,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Clipper City Brewing Co., LP 401(k) Profit Sharing Plan and Trust (Plan No. 001)** | EIN: **52-1901185** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **John I. Haas, Inc.<br>1600 River Road<br>Yakima, WA 98902** | **John I. Haas, Inc. personnel** | **Contracted hops prepaid by the Debtor** | ☐ No<br>■ Yes |
| **Grandstand<br>P. O. Box 3497<br>Wichita, KS 67201** | **Grandstand personnel** | **Merchandise/promotional inventory held by vendor** | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Microstar Keg Management, L.L.C.<br>2401 15th Street, Suite 200<br>Denver, CO 80202** | **Debtor's premises<br>4615 Hollins Ferry Road, Suite B<br>Halethorpe, MD 21227** | **Kegs owned by MicroStar under the Keg Management Agreement** | **Unknown** |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor **Clipper City Brewing Company, L.P.** Case number *(if known)*

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Clipper City Brewery<br>4615 Hollins Ferry Road, Suite B<br>Halethorpe, MD 21227** | **Baltimore City Dept of Public Works<br>200 Holliday Street, Suite 600<br>Baltimore, MD 21202** | **Waste water analysis requested and completed. Wastewater is sampled and examined in the ordinary course of business. No known issues at this time.** | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Ryan Letke, CPA<br>The Norris Group<br>120 Waterfront Group, Suite 420<br>National Harbor, MD 20745** | **2022-present** |
| 26a.2. | **SC&H Group, Inc.<br>P. O. Box 64271<br>Baltimore, MD 21264-4271** | **7/2026-10/2026** |

| Name and address | Date of service From-To |
|---|---|
| 26a.3. **The Witherspoon Group**<br>**1204 Boyce Avenue**<br>**Towson, MD 21204** | **10/2026-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Ryan Letke, CPA**<br>**The Norris Group**<br>**120 Waterfront Group, Suite 420**<br>**National Harbor, MD 20745** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **WM Accounting Service dba WeberMessick**<br>**1740 East Joppa Road, 3rd Floor**<br>**Baltimore, MD 21234** | **2024 reviewed and 2025 compiled financial statements - 2025-2026** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Ryan Letke, CPA**<br>**The Norris Group**<br>**120 Waterfront Group, Suite 420**<br>**National Harbor, MD 20745** | |
| 26c.2. **Hugh J. Sisson**<br>**23467 Turtle Grass Street**<br>**Millville, DE 19967** | |
| 26c.3. **Sisson Management, Inc.**<br>**4615 Hollins Ferry Road, Suite B**<br>**Halethorpe, MD 21227** | |
| 26c.4. **The Witherspoon Group**<br>**1204 Boyce Avenue**<br>**Towson, MD 21204** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **B3 Beverage Company LLC**<br>**Attn: Joseph Feerrar**<br>**3513 Lewis Road**<br>**Newtown Square, PA 19073-2401** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ☐ No
- ■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Hugh J. Sisson** | **counts taken by Kurt Kroll, Christopher Franks and Erik Shank (monthly)** | **9/30/26 - $558,073.53 (cost)**<br>**10/31/26 - $600,310.05 (cost)** |

**Name and address of the person who has possession of inventory records**

**Hugh J. Sisson**
**4615 Hollins Ferry Road, Suite B**
**Halethorpe, MD 21227**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sisson Management, Inc.** | **4615 Hollins Ferry Road, Suite B**<br>**Halethorpe, MD 21227** | **General Partner** | **14.3379% interest** |
| **Hugh J. Sisson** | **23467 Turtle Grass Street**<br>**Millville, DE 19967** | **President of general partner** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See answer to question #4** | | | |

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

Debtor **Clipper City Brewing Company, L.P.** Case number *(if known)*

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 7, 2026**

***/s/* Hugh J. Sisson**
Signature of individual signing on behalf of the debtor

**Hugh J. Sisson**
Printed name

Position or relationship to debtor **President of Sisson Management, Inc.,
Gen. Partner of Debtor**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ☐ No
- ■ Yes

## 2. Non-business revenue (continued)

| Line | Description of sources of revenue | Period | Date | Gross revenue |
|---|---|---|---|---|
| 2.1 | Utility fee reimbursements - Koopers Tavern Inc. (taproom food concession) | 1/1/2026 - filing date | | $7,844.64 |
| 2.2 | Royalties - Prodigy DTG (print / merchandise) | 1/1/2026 - filing date | | $1,565.89 |
| 2.3 | Credit card rewards | 1/1/2026 - filing date | | $2,625.00 |
| 2.4 | Gain on sale of used firkins | 1/1/2026 - filing date | | $2,080.00 |
| 2.5 | Sale of used barrel; rebate | 1/1/2026 - filing date | | $160.37 |
| 2.6 | Deposit retained - Triple B Ventures LLC (affiliated with B3 Beverage Company LLC) (fully earned) | 1/1/2025 - 12/31/2025 | 10/7/25 | $100,000.00 |
| 2.7 | Spent grain sales - CSC Gold, Inc. | 1/1/2025 - 12/31/2025 | | $8,092.96 |
| 2.8 | Utility fee reimbursements - Koopers Tavern Inc. | 1/1/2025 - 12/31/2025 | | $8,035.25 |
| 2.9 | Payment from Atlanta Beverage (fka Liberator Distributing LLC) | 1/1/2025 - 12/31/2025 | 11/4/25 | $5,940.85 |
| 2.10 | Gain on sale of used firkins | 1/1/2025 - 12/31/2025 | | $3,720.00 |
| 2.11 | Credit card rewards; sale of hops; interest | 1/1/2025 - 12/31/2025 | | $3,497.57 |
| 2.12 | Scrap / can destruction proceeds - Sims Metal | 1/1/2024 - 12/31/2024 | | $7,146.12 |
| 2.13 | Utility fee reimbursements - Koopers Tavern Inc. | 1/1/2024 - 12/31/2024 | | $6,276.89 |
| 2.14 | Spent grain sales - Whitelyn Farms Inc. | 1/1/2024 - 12/31/2024 | | $4,650.00 |
| 2.15 | Sale of used barrels | 1/1/2024 - 12/31/2024 | | $3,900.00 |
| 2.16 | Event ticket sales - Roseda Beef & Beer | 1/1/2024 - 12/31/2024 | | $3,639.00 |
| 2.17 | Gain on sale of used firkins - UK Brewing Supplies, Ltd. | 1/1/2024 - 12/31/2024 | | $880.00 |
| 2.18 | Royalties - Prodigy DTG (print / merchandise) | 1/1/2024 - 12/31/2024 | | $397.50 |
| 2.19 | Stipend - Brewers Association of Maryland | 1/1/2024 - 12/31/2024 | | $300.00 |
| 2.20 | Interest income - Sandy Spring Bank money market | 1/1/2024 - 12/31/2024 | | $74.84 |

11/07/26 10:12PM

**Fill in this information to identify the case:**

Debtor name **Clipper City Brewing Company, L.P.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **934,279.51** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **934,279.51** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **2,866,301.88** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **13,928.91** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **819,488.42** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **3,699,719.21** |

11/07/26 10:12PM

**Fill in this information to identify the case:**

Debtor name **Clipper City Brewing Company, L.P.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$3,308.72** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Atlantic Union Bank** | **checking** | **0701** | **$10,882.07** |
| 3.2. | **Wells Fargo Bank, N.A.** | **checking** | **3368** | **$291.07** |
| 3.3. | **Optum Financial (who administers and holds the funds for the HRA)** | **HRA Benefits Account** | | **$7,400.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$21,881.86**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor **Clipper City Brewing Company, L.P.** Case number *(If known)*
Name

Description, including name of holder of deposit

7.1. **Security deposit - building** **$25,000.00**

7.2. **Security deposit - MicroStar** **$10,300.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Prepayment - John I. Haas, Inc. hop contract (hops not yet released)** **$25,795.00**

8.2. **Retainer - YVS Law, LLC $10,000.00**
**Retainer - The Witherspoon Group $1,500.00**
**Vendor credit - Inland Label & Marketing Services, LLC $442.31** **$11,942.31**

9. **Total of Part 2.** **$73,037.31**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **219,600.29** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$219,600.29**

12. **Total of Part 3.** **$219,600.29**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

Debtor **Clipper City Brewing Company, L.P.** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| **Malt hops (the Debtor purchases hops every week)** | **10/31/26** | **$124,573.52** | **FIFO** | **$124,573.52** |

20. **Work in progress**

| | | | | |
|---|---|---|---|---|
| **Bulk beer** | **10/31/26** | **$111,415.16** | **FIFO** | **$111,415.16** |

21. **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| **Packaged products** | **10/31/26** | **$102,762.72** | **FIFO** | **$102,762.72** |

22. **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| **Packaging materials; merchandise** | **10/31/26** | **$261,558.65** | **FIFO** | **$261,558.65** |

23. **Total of Part 5.** **$600,310.05**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **134,460.98** Valuation method **cost** Current Value **134,460.98**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Furniture and fixtures (see depreciation schedule attached)** | **$28,545.44** | **debtor estimate** | **$5,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Debtor **Clipper City Brewing Company, L.P.** Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| **Computers, printers and telephones (see depreciation schedule attached)** | **$2,150.83** | **debtor estimate** | **$10,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. **Cannons (purchase price $4,000 in 2022)** | **Unknown** | | **Unknown** |

43. **Total of Part 7.** **$15,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2009 Ford E-250 Econoline Cargo Van (VIN 1FTNE24W49DA; mileage 76,478)** | **$752.93** | **KBB** | **$4,450.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Brewing and packaging equipment (see depreciation schedule attached)** | **$490,578.93** | | **Unknown** |

51. **Total of Part 8.** **$4,450.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

11/07/26 10:12PM

Debtor **Clipper City Brewing Company, L.P.** Case number *(If known)*
Name

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **4615 Hollins Ferry Road, Baltimore, MD 21227 - leasehold improvements (see depreciation schedule attached)** | **leased commercial real property** | **$867,484.66** | | **$0.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.
**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademarks on beer brands; proprietary beer recipes (trade secrets)** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** **Website (hsbeer.com)** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** **Dominion soft drinks** | **Unknown** | | **Unknown** |

Debtor **Clipper City Brewing Company, L.P.** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| | **Class 1 Manufacturer's License - Distillery (held by Hugh Sisson for the use of the Debtor)** | **Unknown** | | **Unknown** |
| | **On Premises Consumption Beer/Distillery Permit (held by Hugh Sisson for the use of the Debtor)** | **Unknown** | | **Unknown** |
| | **Class 5 Manufacturer's License - Brewery (held by Hugh Sisson for the use of the Debtor)** | **Unknown** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer lists and mailing lists (maintained by third-party service)** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property**<br>**Packaging designs, artwork and printing dies - fully amortized (see depreciation schedule)** | **$0.00** | | **Unknown** |
| 65. | **Goodwill**<br>**Goodwill** | **Unknown** | | **Unknown** |

66. **Total of Part 10.** **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No

■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Debtor **Clipper City Brewing Company, L.P.** Case number *(If known)*
Name

**Unused net operating losses** Tax year **Unknown**

73. **Interests in insurance policies or annuities**

**Property and casualty insurance** **Unknown**

**Keyman policy through Equitable** **Unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$21,881.86** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$73,037.31** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$219,600.29** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$600,310.05** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$15,000.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$4,450.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$934,279.51** | + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$934,279.51** |

# WM Book Depreciation Expense



FYE: 12/31/2026

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Bottling Canning & Keggin** | | | | | | | | | | |
| 864 | | Bottling Line Data Coders | 8/06/2025 | S/L | 10.00 | 19,255 | 802 | 0 | 1,926 | 2,728 |
| 863 | | KHS USA Offer 110110650 | 1/31/2025 | S/L | 10.00 | 3,558 | 326 | 0 | 356 | 682 |
| 856 | | MPAC Switchback Box Erector | 12/01/2024 | S/L | 7.00 | 6,894 | 1,067 | 0 | 985 | 2,052 |
| 857 | | 2024 Bottling Line Rebuild | 8/31/2024 | S/L | 7.00 | 186,192 | 35,465 | 0 | 26,599 | 62,064 |
| 849 | | Canner Seamer Rebuild | 12/21/2023 | S/L | 7.00 | 11,104 | 3,173 | 0 | 1,586 | 4,759 |
| 850 | | Conveyor | 11/30/2023 | S/L | 7.00 | 3,646 | 1,085 | 0 | 521 | 1,606 |
| 851 | | Canner Guide | 11/22/2023 | S/L | 7.00 | 1,548 | 461 | 0 | 221 | 682 |
| 825 | | Canning Platform Rebuild | 10/27/2023 | S/L | 7.00 | 5,482 | 1,697 | 0 | 783 | 2,480 |
| 824 | | Seamer Rebuild | 9/29/2023 | S/L | 7.00 | 12,088 | 3,885 | 0 | 1,727 | 5,612 |
| 828 | | Mini S Grip Conveyer 19.2's | 5/31/2023 | S/L | 7.00 | 55,684 | 20,550 | 0 | 7,955 | 28,505 |
| 829 | | HP Inventor 19.2's | 5/31/2023 | S/L | 7.00 | 3,758 | 1,387 | 0 | 537 | 1,924 |
| 830 | | In Line Wrap System | 5/31/2023 | S/L | 7.00 | 42,329 | 15,621 | 0 | 6,047 | 21,668 |
| 826 | | Rotary Accum Table for Packaging | 3/02/2023 | S/L | 7.00 | 4,365 | 1,767 | 0 | 623 | 2,390 |
| 827 | | Heat Exchanger Canning Line | 2/15/2023 | S/L | 7.00 | 8,191 | 3,413 | 0 | 1,170 | 4,583 |
| 821 | | Accumulation Rotary Table | 7/28/2022 | S/L | 10.00 | 3,787 | 1,294 | 0 | 379 | 1,673 |
| 792 | | Additional conveyor belts for canning line | 5/27/2021 | S/L | 10.00 | 5,766 | 2,883 | 0 | 577 | 3,460 |
| 791 | | Plate heat exchanger | 3/17/2021 | S/L | 10.00 | 8,045 | 3,821 | 0 | 805 | 4,626 |
| 776 | | Seam/lid/leak inspection system | 7/10/2020 | S/L | 10.00 | 24,740 | 13,607 | 0 | 2,474 | 16,081 |
| 680 | | Canning Line & depalletizer | 6/30/2018 | S/L | 10.00 | 296,725 | 222,543 | 0 | 29,673 | 252,216 |
| 682 | | Canning Line Conveyors/Warmer/Dryer | 6/30/2018 | S/L | 10.00 | 134,454 | 100,841 | 0 | 13,445 | 114,286 |
| 683 | | Supply Pump for canning line | 6/30/2018 | S/L | 10.00 | 2,498 | 1,874 | 0 | 249 | 2,123 |
| 684 | | Supply piping - canning line | 6/30/2018 | S/L | 10.00 | 7,826 | 5,870 | 0 | 782 | 6,652 |
| 686 | | Canner Piping & kettle stack | 6/30/2018 | S/L | 10.00 | 9,906 | 7,430 | 0 | 990 | 8,420 |
| 687 | | Canning line install testing | 6/30/2018 | S/L | 10.00 | 1,124 | 843 | 0 | 113 | 956 |
| 688 | | Can Bar Coders | 6/30/2018 | S/L | 10.00 | 27,630 | 20,723 | 0 | 2,763 | 23,486 |
| 690 | | Heat exchangers - canning line | 6/30/2018 | S/L | 10.00 | 3,275 | 2,456 | 0 | 328 | 2,784 |
| 691 | | Add'l heat exchanger - canning line | 6/30/2018 | S/L | 10.00 | 5,315 | 3,987 | 0 | 531 | 4,518 |
| 692 | | Copper Pipe Ball Values Clamps | 6/30/2018 | S/L | 10.00 | 948 | 711 | 0 | 95 | 806 |
| 694 | | 3 pumps for the canning line | 6/30/2018 | S/L | 10.00 | 2,480 | 1,860 | 0 | 248 | 2,108 |
| 742 | | Crowler Machine | 6/30/2018 | S/L | 10.00 | 7,804 | 5,853 | 0 | 780 | 6,633 |
| 741 | | WestRock Intermittent Motion Auto Load Carton | 6/01/2018 | S/L | 10.00 | 172,590 | 130,881 | 0 | 17,259 | 148,140 |
| 629 | | 2 Keg cleaning & filling machines | 11/30/2017 | S/L | 10.00 | 157,665 | 127,446 | 0 | 15,766 | 143,212 |
| 584 | | Snyder Electric - Canning Line Installation | 3/18/2016 | S/L | 10.00 | 3,075 | 2,998 | 0 | 77 | 3,075 |
| 539 | | Filler product pump and install | 8/03/2015 | S/L | 10.00 | 25,442 | 25,442 | 0 | 0 | 25,442 |
| 538 | | 460 Volt 3 Phase portable Canning Pkg Chiller | 4/15/2015 | S/L | 10.00 | 13,665 | 13,665 | 0 | 0 | 13,665 |
| 523 | | Install power outlets for new canning machine | 3/11/2015 | S/L | 10.00 | 2,950 | 2,950 | 0 | 0 | 2,950 |
| 475 | | Rackiteer for Beer Extraction from Barrels | 8/18/2014 | S/L | 10.00 | 1,165 | 1,165 | 0 | 0 | 1,165 |
| 474 | | New Kegging Station Lines & Re-configured Exi | 5/21/2014 | S/L | 10.00 | 5,196 | 5,196 | 0 | 0 | 5,196 |
| 473 | | Bottling Line Beer Pipe Insulation | 3/18/2014 | S/L | 10.00 | 1,050 | 1,050 | 0 | 0 | 1,050 |
| 472 | | Custom Bollards (20 each) around Bottling Lin | 2/11/2014 | S/L | 10.00 | 4,262 | 4,262 | 0 | 0 | 4,262 |
| 434 | | 2 1/2 in air line to new air compressor | 1/31/2014 | S/L | 10.00 | 4,600 | 4,600 | 0 | 0 | 4,600 |
| 340 | | Overhead piping to new bottling equipment | 12/31/2013 | S/L | 10.00 | 25,538 | 25,538 | 0 | 0 | 25,538 |
| 436 | | Pipe to new bottling line | 12/23/2013 | S/L | 10.00 | 3,955 | 3,955 | 0 | 0 | 3,955 |
| 437 | | Power and utility cable to new bottling line | 12/23/2013 | S/L | 10.00 | 34,000 | 34,000 | 0 | 0 | 34,000 |
| 385 | | New Bottling line | 12/20/2013 | S/L | 10.00 | 2,700,396 | 2,700,396 | 0 | 0 | 2,700,396 |
| 435 | | Cable tray and cabling and connect new bottli | 12/20/2013 | S/L | 10.00 | 24,540 | 24,540 | 0 | 0 | 24,540 |
| 339 | | Floor coating under new bottling line | 12/01/2013 | S/L | 10.00 | 32,250 | 32,250 | 0 | 0 | 32,250 |
| 336 | | Install sloped floor & drain for new bottling | 10/21/2013 | S/L | 10.00 | 47,300 | 47,300 | 0 | 0 | 47,300 |
| 333 | | Floor drain under new kegging station | 5/31/2013 | S/L | 10.00 | 10,969 | 10,969 | 0 | 0 | 10,969 |

# WM Book Depreciation Expense



FYE: 12/31/2026

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Bottling Canning & Keggin (continued)** | | | | | | | | | | |
| 379 | | Installation of steam lines to new kegger sta | 5/31/2013 | S/L | 10.00 | 37,257 | 37,257 | 0 | 0 | 37,257 |
| 380 | | Installation of S/S pipe & tie-in to kegger s | 5/31/2013 | S/L | 10.00 | 8,044 | 8,044 | 0 | 0 | 8,044 |
| 381 | | Insulation of pipe to keggers | 5/31/2013 | S/L | 10.00 | 5,792 | 5,792 | 0 | 0 | 5,792 |
| 382 | | Run CO2 & cold water to new kegger station | 5/31/2013 | S/L | 10.00 | 7,732 | 7,732 | 0 | 0 | 7,732 |
| 383 | | Relocation of A/C for kegger move | 5/31/2013 | S/L | 10.00 | 1,980 | 1,980 | 0 | 0 | 1,980 |
| 384 | | Installation of Kegger station to new area | 5/31/2013 | S/L | 10.00 | 7,375 | 7,375 | 0 | 0 | 7,375 |
| 377 | | Waste water pump for new kegging area | 4/08/2013 | S/L | 10.00 | 3,748 | 3,748 | 0 | 0 | 3,748 |
| 256 | | Flash pasteurizer | 6/30/2012 | S/L | 10.00 | 219,242 | 219,242 | 0 | 0 | 219,242 |
| 219 | | Air Compressor | 10/31/2011 | S/L | 10.00 | 18,444 | 18,444 | 0 | 0 | 18,444 |
| 168 | | Air Compressor - Ingersoll-Rand | 9/23/2010 | S/L | 10.00 | 6,493 | 6,493 | 0 | 0 | 6,493 |
| 130 | | Racks- Gino Pinto | 9/21/2009 | S/L | 10.00 | 2,007 | 2,007 | 0 | 0 | 2,007 |
| 120 | | New Dryer System for compressed air | 10/31/2008 | S/L | 10.00 | 3,480 | 3,480 | 0 | 0 | 3,480 |
| 45 | | Abec Filtration | 6/01/2000 | S/L | 10.00 | 5,955 | 5,955 | 0 | 0 | 5,955 |
| 26 | | Filters and Fittings | 12/31/1995 | S/L | 10.00 | 1,152 | 1,152 | 0 | 0 | 1,152 |
| | | **Bottling Canning & Keggin** | | | | 4,505,726 | 4,014,599 | 0 | 138,370 | 4,152,969 |
| **Group: Brewing & Refrigeration** | | | | | | | | | | |
| 860 | | VFD for FUGE ACS | 9/26/2025 | S/L | 7.00 | 11,003 | 393 | 0 | 1,572 | 1,965 |
| 859 | | Gea ME US Centrifuge Rebuild | 10/15/2024 | S/L | 7.00 | 10,137 | 1,810 | 0 | 1,448 | 3,258 |
| 858 | | GEAME US Centrifuge Rebuild | 2/13/2024 | S/L | 7.00 | 6,113 | 1,674 | 0 | 873 | 2,547 |
| 831 | | Soda Mixing Tank | 9/26/2023 | S/L | 7.00 | 2,000 | 643 | 0 | 286 | 929 |
| 820 | | INSTALL COLDBOX CONTAINER | 9/02/2022 | S/L | 10.00 | 5,121 | 1,707 | 0 | 512 | 2,219 |
| 819 | | INSTALL TAP FAUCETS ON COLDBOX CONTAI | 6/20/2022 | S/L | 10.00 | 4,063 | 1,422 | 0 | 406 | 1,828 |
| 814 | | STATIC SCREEN - WASTE WATER SYSTEM | 5/28/2022 | S/L | 10.00 | 4,738 | 1,698 | 0 | 473 | 2,171 |
| 815 | | PALLET SCALE-PLATFORM SCALE-DRUM SCA | 2/11/2022 | S/L | 10.00 | 2,380 | 932 | 0 | 238 | 1,170 |
| 816 | | FILTER HOUSING AND BAGS - RTD | 2/11/2022 | S/L | 10.00 | 1,991 | 780 | 0 | 199 | 979 |
| 817 | | MIXER FOR RTD PROJECT | 2/11/2022 | S/L | 10.00 | 5,886 | 2,305 | 0 | 589 | 2,894 |
| 818 | | DISTILLERY PUMP - RTD | 2/11/2022 | S/L | 10.00 | 5,722 | 2,241 | 0 | 572 | 2,813 |
| 775 | | G&D Chillers - new chiller | 6/03/2020 | S/L | 10.00 | 52,055 | 35,397 | 0 | 5,206 | 40,603 |
| 740 | | Refrigeration for Keg Coldbox Container | 12/31/2018 | S/L | 10.00 | 7,800 | 5,460 | 0 | 780 | 6,240 |
| 739 | | Keg Coldbox Container | 10/11/2018 | S/L | 10.00 | 18,065 | 13,097 | 0 | 1,806 | 14,903 |
| 728 | | Taproom Cold Box modification | 8/01/2018 | S/L | 10.00 | 2,561 | 1,899 | 0 | 256 | 2,155 |
| 729 | | Taproom Cold Box modification | 8/01/2018 | S/L | 10.00 | 1,306 | 969 | 0 | 130 | 1,099 |
| 659 | | 15 BBL Brewhouse | 6/30/2018 | S/L | 10.00 | 160,683 | 120,512 | 0 | 16,069 | 136,581 |
| 660 | | 2 FV Tanks - $38076; 1 BBT plus customs - $12 | 6/30/2018 | S/L | 10.00 | 60,609 | 45,457 | 0 | 6,060 | 51,517 |
| 661 | | Stainless piping/install FDA/GMP upgrades | 6/30/2018 | S/L | 10.00 | 9,889 | 7,417 | 0 | 988 | 8,405 |
| 666 | | Cellar Piping - FDA/GMP upgrades - progress b | 6/30/2018 | S/L | 10.00 | 7,087 | 5,315 | 0 | 709 | 6,024 |
| 667 | | New Boiler & condensate return | 6/30/2018 | S/L | 10.00 | 24,504 | 18,378 | 0 | 2,450 | 20,828 |
| 669 | | Water Feed - Pilot Brewhouse System | 6/30/2018 | S/L | 10.00 | 6,244 | 4,683 | 0 | 624 | 5,307 |
| 670 | | Glycol piping - Pilot Brewhouse | 6/30/2018 | S/L | 10.00 | 10,232 | 7,674 | 0 | 1,023 | 8,697 |
| 672 | | Cellar Piping - FDA/GMP upgrades - progress b | 6/30/2018 | S/L | 10.00 | 2,687 | 2,015 | 0 | 269 | 2,284 |
| 673 | | Kettle Stack install - Pilot Brewhouse | 6/30/2018 | S/L | 10.00 | 2,668 | 2,001 | 0 | 267 | 2,268 |
| 674 | | Solenoids Piping Temp Controllers | 6/30/2018 | S/L | 10.00 | 5,516 | 4,137 | 0 | 551 | 4,688 |
| 676 | | Pre-insulated piping freight | 6/30/2018 | S/L | 10.00 | 620 | 465 | 0 | 62 | 527 |
| 678 | | Install steam piping for brewhouse | 6/30/2018 | S/L | 10.00 | 26,800 | 20,100 | 0 | 2,680 | 22,780 |
| 679 | | Boiler Room install & piping | 6/30/2018 | S/L | 10.00 | 20,966 | 15,725 | 0 | 2,096 | 17,821 |
| 689 | | Additional parts brewhouse install | 6/30/2018 | S/L | 10.00 | 740 | 555 | 0 | 74 | 629 |

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Brewing & Refrigeration (continued)** | | | | | | | | | | |
| 652 | | Pasteurizer condensate transfer tank | 12/31/2017 | S/L | 10.00 | 5,900 | 4,720 | 0 | 590 | 5,310 |
| 628 | | Pastuerizer condensate transfer tank | 12/01/2017 | S/L | 10.00 | 7,900 | 6,386 | 0 | 790 | 7,176 |
| 627 | | Water softner | 10/04/2017 | S/L | 10.00 | 5,500 | 4,538 | 0 | 550 | 5,088 |
| 626 | | Plumbing related to waste water system | 5/01/2017 | S/L | 10.00 | 13,000 | 11,267 | 0 | 1,300 | 12,567 |
| 625 | | Phase 2 electrical install - Waste Water Proj | 4/25/2017 | S/L | 10.00 | 12,677 | 10,986 | 0 | 1,268 | 12,254 |
| 624 | | Waster Water Treatment service/install | 4/03/2017 | S/L | 10.00 | 2,302 | 2,014 | 0 | 230 | 2,244 |
| 623 | | Balance of Waste Water Treatment System | 3/30/2017 | S/L | 10.00 | 70,000 | 61,250 | 0 | 7,000 | 68,250 |
| 622 | | KTO BOD trakII - testing equipment-Waste Wate | 3/27/2017 | S/L | 10.00 | 2,764 | 2,419 | 0 | 276 | 2,695 |
| 577 | | Surface Prep & Coating-Waste Water System Are | 12/27/2016 | S/L | 10.00 | 2,900 | 2,610 | 0 | 290 | 2,900 |
| 582 | | Waste Water Treatment System | 12/27/2016 | S/L | 10.00 | 58,593 | 52,734 | 0 | 5,859 | 58,593 |
| 578 | | Electrical Power for Centrifuge Installation | 12/06/2016 | S/L | 10.00 | 4,275 | 3,883 | 0 | 392 | 4,275 |
| 581 | | Centrifuge | 12/06/2016 | S/L | 10.00 | 205,000 | 186,208 | 0 | 18,792 | 205,000 |
| 580 | | Sump Pump | 10/25/2016 | S/L | 10.00 | 703 | 645 | 0 | 58 | 703 |
| 579 | | Condensing Unit & Evaporator for Hops Walk-In | 4/08/2016 | S/L | 10.00 | 12,300 | 11,993 | 0 | 307 | 12,300 |
| 568 | | 3 200 BBL Tanks into service | 12/15/2015 | S/L | 10.00 | 211,360 | 211,360 | 0 | 0 | 211,360 |
| 567 | | 30 Barrell racks | 11/10/2015 | S/L | 10.00 | 3,301 | 3,301 | 0 | 0 | 3,301 |
| 565 | | LMI pH Controller | 10/15/2015 | S/L | 10.00 | 1,433 | 1,433 | 0 | 0 | 1,433 |
| 537 | | Poly tank for trub removal (part of waste mit | 9/07/2015 | S/L | 10.00 | 2,381 | 2,381 | 0 | 0 | 2,381 |
| 536 | | High Pressure Site Glass w/ insolation valves | 7/31/2015 | S/L | 10.00 | 1,800 | 1,800 | 0 | 0 | 1,800 |
| 535 | | K-750R Drum Machine for 3-6 in drain lines | 6/30/2015 | S/L | 10.00 | 1,774 | 1,774 | 0 | 0 | 1,774 |
| 533 | | 100 Ton Drake Chiller and 2 850 gallon llycol | 6/22/2015 | S/L | 10.00 | 219,800 | 219,800 | 0 | 0 | 219,800 |
| 534 | | Electrical work related to Drake Chiller | 6/22/2015 | S/L | 10.00 | 29,575 | 29,575 | 0 | 0 | 29,575 |
| 532 | | Condensate exhaust | 6/08/2015 | S/L | 10.00 | 26,424 | 26,424 | 0 | 0 | 26,424 |
| 531 | | Copper fittings and Valves for 300 BBL Bright | 6/01/2015 | S/L | 10.00 | 1,436 | 1,436 | 0 | 0 | 1,436 |
| 530 | | Booster Pump | 5/28/2015 | S/L | 10.00 | 2,160 | 2,160 | 0 | 0 | 2,160 |
| 529 | | Install new 300 BBL Bright Tank | 4/30/2015 | S/L | 10.00 | 3,100 | 3,100 | 0 | 0 | 3,100 |
| 522 | | Install 15 6' Bollards around Silo | 3/10/2015 | S/L | 10.00 | 9,268 | 9,268 | 0 | 0 | 9,268 |
| 527 | | Labot to install 2 SS lines from New Fermente | 2/13/2015 | S/L | 10.00 | 2,420 | 2,420 | 0 | 0 | 2,420 |
| 528 | | Install load cells on Silo | 2/13/2015 | S/L | 10.00 | 6,582 | 6,582 | 0 | 0 | 6,582 |
| 525 | | Unload and set new 300 BBL Bright tank into p | 2/02/2015 | S/L | 10.00 | 8,839 | 8,839 | 0 | 0 | 8,839 |
| 526 | | 300 BBL Bright tank | 2/02/2015 | S/L | 10.00 | 91,560 | 91,560 | 0 | 0 | 91,560 |
| 524 | | Spent Grain Pipe support | 1/26/2015 | S/L | 10.00 | 18,369 | 18,369 | 0 | 0 | 18,369 |
| 505 | | 2 Load cell kits for Brewhouse | 12/18/2014 | S/L | 10.00 | 11,128 | 11,128 | 0 | 0 | 11,128 |
| 506 | | CIP Hard piping for new brewhouse | 12/18/2014 | S/L | 10.00 | 4,933 | 4,933 | 0 | 0 | 4,933 |
| 504 | | Move old Silo to front of building | 12/12/2014 | S/L | 10.00 | 18,001 | 18,001 | 0 | 0 | 18,001 |
| 516 | | Insulate OH pipes to new brewhouse cold liquo | 11/24/2014 | S/L | 10.00 | 8,328 | 8,328 | 0 | 0 | 8,328 |
| 490 | | Steam lines for new brewhouse | 10/15/2014 | S/L | 10.00 | 135,900 | 135,900 | 0 | 0 | 135,900 |
| 491 | | Glycol lines for new brewhouse | 10/15/2014 | S/L | 10.00 | 81,694 | 81,694 | 0 | 0 | 81,694 |
| 492 | | Electrical for new brewhouse | 10/15/2014 | S/L | 10.00 | 63,100 | 63,100 | 0 | 0 | 63,100 |
| 493 | | Vent stacks for new brewhouse | 10/15/2014 | S/L | 10.00 | 20,808 | 20,808 | 0 | 0 | 20,808 |
| 494 | | Newlands Brewhouse including move and set | 10/15/2014 | S/L | 10.00 | 1,186,602 | 1,186,602 | 0 | 0 | 1,186,602 |
| 495 | | Relocate pipes and compressors for Brewhouse | 10/15/2014 | S/L | 10.00 | 8,336 | 8,336 | 0 | 0 | 8,336 |
| 496 | | Spent Grain Line install for new brewhouse | 10/15/2014 | S/L | 10.00 | 7,921 | 7,921 | 0 | 0 | 7,921 |
| 497 | | Water filter for new brewhouse | 10/15/2014 | S/L | 10.00 | 7,357 | 7,357 | 0 | 0 | 7,357 |
| 498 | | FV tank leveling and anchoring | 10/15/2014 | S/L | 10.00 | 3,364 | 3,364 | 0 | 0 | 3,364 |
| 499 | | Cold and Hot liquor tank pipework and support | 10/15/2014 | S/L | 10.00 | 7,626 | 7,626 | 0 | 0 | 7,626 |
| 500 | | Pipe and drain work for new brewhouse | 10/15/2014 | S/L | 10.00 | 8,539 | 8,539 | 0 | 0 | 8,539 |
| 508 | | Facility Planning for Brewhouse | 10/15/2014 | S/L | 39.00 | 7,380 | 2,129 | 0 | 189 | 2,318 |
| 517 | | Additional motor and stainless steel pipe for | 10/15/2014 | S/L | 10.00 | 1,012 | 1,012 | 0 | 0 | 1,012 |

# WM Book Depreciation Expense

FYE: 12/31/2026

**Group: Brewing & Refrigeration (continued)**

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| 489 | | New Malt Silo | 10/01/2014 | S/L | 10.00 | 18,116 | 18,116 | 0 | 0 | 18,116 |
| 488 | | Carbonation equipment | 9/15/2014 | S/L | 10.00 | 6,873 | 6,873 | 0 | 0 | 6,873 |
| 469 | | CO2 Supply to Centrifuge | 5/01/2014 | S/L | 10.00 | 700 | 700 | 0 | 0 | 700 |
| 468 | | Remote Controller for Flash Pastuerizer | 1/13/2014 | S/L | 10.00 | 8,675 | 8,675 | 0 | 0 | 8,675 |
| 431 | | 4 Rotary Spray Heads | 11/14/2013 | S/L | 10.00 | 2,157 | 2,157 | 0 | 0 | 2,157 |
| 430 | | 4 Rotary spray heads | 11/08/2013 | S/L | 10.00 | 1,083 | 1,083 | 0 | 0 | 1,083 |
| 348 | | Stainless Steel Feed Hopper | 10/03/2013 | S/L | 10.00 | 2,749 | 2,749 | 0 | 0 | 2,749 |
| 349 | | Thermalrite Walk In | 8/31/2013 | S/L | 10.00 | 114,518 | 114,518 | 0 | 0 | 114,518 |
| 350 | | Assembly & Installation of Walk In | 8/31/2013 | S/L | 10.00 | 22,600 | 22,600 | 0 | 0 | 22,600 |
| 351 | | Freight on Walk In | 8/31/2013 | S/L | 10.00 | 3,200 | 3,200 | 0 | 0 | 3,200 |
| 352 | | Bollard & Machinery Guards for Walk In (incl | 8/31/2013 | S/L | 10.00 | 22,530 | 22,530 | 0 | 0 | 22,530 |
| 353 | | Electrical Service to Walk In | 8/31/2013 | S/L | 10.00 | 7,609 | 7,609 | 0 | 0 | 7,609 |
| 354 | | Lighting in Walk In | 8/31/2013 | S/L | 10.00 | 8,470 | 8,470 | 0 | 0 | 8,470 |
| 367 | | New Roller mIll for brewhouse | 8/31/2013 | S/L | 10.00 | 40,813 | 40,813 | 0 | 0 | 40,813 |
| 368 | | Electrical work to install new roller mill | 8/31/2013 | S/L | 10.00 | 3,597 | 3,597 | 0 | 0 | 3,597 |
| 373 | | Electrical / pipe / CO2 connections to centri | 8/31/2013 | S/L | 10.00 | 5,777 | 5,777 | 0 | 0 | 5,777 |
| 374 | | Wiring/connections for floor pump centrifuge | 8/31/2013 | S/L | 10.00 | 2,550 | 2,550 | 0 | 0 | 2,550 |
| 375 | | Upgrade of tank temperature controls | 8/31/2013 | S/L | 10.00 | 2,512 | 2,512 | 0 | 0 | 2,512 |
| 347 | | 2 Rotary Spray Heads | 8/23/2013 | S/L | 10.00 | 1,669 | 1,669 | 0 | 0 | 1,669 |
| 345 | | Floor Pump | 8/01/2013 | S/L | 10.00 | 4,020 | 4,020 | 0 | 0 | 4,020 |
| 359 | | 200 BBL Fermenter Serial # 22243 | 7/31/2013 | S/L | 10.00 | 51,577 | 51,577 | 0 | 0 | 51,577 |
| 360 | | 200 BBL Fermenter Serial # 22244 | 7/31/2013 | S/L | 10.00 | 51,577 | 51,577 | 0 | 0 | 51,577 |
| 361 | | 200 BBL Bright Tank Serial # 22244 | 7/31/2013 | S/L | 10.00 | 60,500 | 60,500 | 0 | 0 | 60,500 |
| 362 | | Crane & Rigging for setting 3 new tanks | 7/31/2013 | S/L | 10.00 | 10,273 | 10,273 | 0 | 0 | 10,273 |
| 363 | | Temp Controllers for 3 new Tanks | 7/31/2013 | S/L | 10.00 | 1,687 | 1,687 | 0 | 0 | 1,687 |
| 364 | | Glycol Piping and tie-in to 3 new tanks | 7/31/2013 | S/L | 10.00 | 20,403 | 20,403 | 0 | 0 | 20,403 |
| 365 | | CO2 to new Bright Tank & extra hook-up | 7/31/2013 | S/L | 10.00 | 2,575 | 2,575 | 0 | 0 | 2,575 |
| 366 | | Wiring for 3 new tanks | 7/31/2013 | S/L | 10.00 | 3,277 | 3,277 | 0 | 0 | 3,277 |
| 343 | | 2 Flow Meters | 5/08/2013 | S/L | 10.00 | 2,212 | 2,212 | 0 | 0 | 2,212 |
| 342 | | Anton Paar Beer Alcolyzer & Density Meter | 3/15/2013 | S/L | 10.00 | 45,283 | 45,283 | 0 | 0 | 45,283 |
| 341 | | Flow Meter | 3/04/2013 | S/L | 10.00 | 3,400 | 3,400 | 0 | 0 | 3,400 |
| 254 | | Flow meter & heater installation | 8/31/2012 | S/L | 10.00 | 3,805 | 3,805 | 0 | 0 | 3,805 |
| 253 | | Chicago Industrial filter pump | 8/27/2012 | S/L | 10.00 | 3,458 | 3,458 | 0 | 0 | 3,458 |
| 252 | | Flow meter | 7/24/2012 | S/L | 10.00 | 3,107 | 3,107 | 0 | 0 | 3,107 |
| 251 | | Hop cannon | 7/02/2012 | S/L | 10.00 | 9,850 | 9,850 | 0 | 0 | 9,850 |
| 250 | | Dissolved oxygen meter & probes | 6/15/2012 | S/L | 10.00 | 14,804 | 14,804 | 0 | 0 | 14,804 |
| 249 | | Yeast cell counter | 6/04/2012 | S/L | 10.00 | 13,144 | 13,144 | 0 | 0 | 13,144 |
| 245 | | 200 BBL ferm tank SN 21606 | 3/31/2012 | S/L | 10.00 | 75,553 | 75,553 | 0 | 0 | 75,553 |
| 246 | | 200 BBL ferm tank SN 21607 | 3/31/2012 | S/L | 10.00 | 75,553 | 75,553 | 0 | 0 | 75,553 |
| 247 | | 200 BBL ferm tank SN 21608 | 3/31/2012 | S/L | 10.00 | 75,553 | 75,553 | 0 | 0 | 75,553 |
| 248 | | 200 BBL bright tank SN 21609 | 3/31/2012 | S/L | 10.00 | 81,680 | 81,680 | 0 | 0 | 81,680 |
| 244 | | New waste water pump | 3/13/2012 | S/L | 10.00 | 1,126 | 1,126 | 0 | 0 | 1,126 |
| 243 | | Siemens - Magnetic flow meter | 2/07/2012 | S/L | 10.00 | 3,176 | 3,176 | 0 | 0 | 3,176 |
| 242 | | Gauge for new sterile filter housing | 1/06/2012 | S/L | 10.00 | 665 | 665 | 0 | 0 | 665 |
| 241 | | New floor pump & parts | 1/05/2012 | S/L | 10.00 | 2,317 | 2,317 | 0 | 0 | 2,317 |
| 240 | | Sterile filter housing unit | 1/03/2012 | S/L | 10.00 | 7,092 | 7,092 | 0 | 0 | 7,092 |
| 224 | | 200 Goodyear Vinter 2 in hoses - GW Kent | 11/11/2011 | S/L | 5.00 | 4,076 | 4,076 | 0 | 0 | 4,076 |
| 193 | | FV16 - 150 BBL Tank | 7/15/2011 | S/L | 10.00 | 64,609 | 64,609 | 0 | 0 | 64,609 |
| 194 | | BBt5 - 200 BBL Bright Tank | 7/15/2011 | S/L | 10.00 | 78,296 | 78,296 | 0 | 0 | 78,296 |

# WM Book Depreciation Expense



FYE: 12/31/2026

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Brewing & Refrigeration (continued)** | | | | | | | | | | |
| 195 | | FV17 - 150 BBL Tank | 7/15/2011 | S/L | 10.00 | 64,609 | 64,609 | 0 | 0 | 64,609 |
| 196 | | FV18 - 150 BBL Tank | 7/15/2011 | S/L | 10.00 | 64,115 | 64,115 | 0 | 0 | 64,115 |
| 190 | | Racking for Barrels - Topco | 6/02/2011 | S/L | 10.00 | 2,600 | 2,600 | 0 | 0 | 2,600 |
| 189 | | Portable Floor Pump - Dunning Electrical | 5/25/2011 | S/L | 10.00 | 1,769 | 1,769 | 0 | 0 | 1,769 |
| 187 | | Stainless Steel CO2 Tube Installation - Bauma | 4/13/2011 | S/L | 10.00 | 3,190 | 3,190 | 0 | 0 | 3,190 |
| 184 | | Floor Pump for Brewhouse | 3/17/2011 | S/L | 10.00 | 2,209 | 2,209 | 0 | 0 | 2,209 |
| 179 | | Electrical Conduit Wires Outlet for New Chill | 11/29/2010 | S/L | 10.00 | 31,934 | 31,934 | 0 | 0 | 31,934 |
| 177 | | Piping Tubing Co2 Lines for New Tanks | 11/12/2010 | S/L | 10.00 | 23,774 | 23,774 | 0 | 0 | 23,774 |
| 176 | | Tubing for New Fermenters | 11/02/2010 | S/L | 10.00 | 18,568 | 18,568 | 0 | 0 | 18,568 |
| 175 | | Voltage Panel for New Chiller | 11/01/2010 | S/L | 10.00 | 21,385 | 21,385 | 0 | 0 | 21,385 |
| 170 | | Brewing & Refrig Equipment - United Crane & R | 9/27/2010 | S/L | 10.00 | 4,915 | 4,915 | 0 | 0 | 4,915 |
| 158 | | Tank Parts Lines Valves Solenoids - Various V | 8/23/2010 | S/L | 10.00 | 12,349 | 12,349 | 0 | 0 | 12,349 |
| 143 | | 1 100 bbl FV - JVNorthwest | 4/29/2010 | S/L | 10.00 | 35,228 | 35,228 | 0 | 0 | 35,228 |
| 172 | | 1 150 bbl FV - JVNorthwest | 4/29/2010 | S/L | 10.00 | 44,173 | 44,173 | 0 | 0 | 44,173 |
| 173 | | 1 150 bbl FV - JVNorthwest | 4/29/2010 | S/L | 10.00 | 44,173 | 44,173 | 0 | 0 | 44,173 |
| 174 | | 1 150 bbl FV - JVNorthwest | 4/29/2010 | S/L | 10.00 | 44,173 | 44,173 | 0 | 0 | 44,173 |
| 118 | | Replace Glycol Insulation- Ben Bauman | 10/15/2008 | S/L | 10.00 | 2,826 | 2,826 | 0 | 0 | 2,826 |
| 114 | | Boiler Conversion to Natural Gas | 8/20/2008 | S/L | 10.00 | 46,563 | 46,563 | 0 | 0 | 46,563 |
| 117 | | Dorsey Garage Doors | 1/24/2008 | S/L | 10.00 | 2,300 | 2,300 | 0 | 0 | 2,300 |
| 106 | | Hydratec. Inc.- new parts pump & motor | 10/26/2007 | S/L | 10.00 | 3,034 | 3,034 | 0 | 0 | 3,034 |
| 99 | | Heat Exchanger | 4/15/2007 | S/L | 10.00 | 6,870 | 6,870 | 0 | 0 | 6,870 |
| 98 | | Cold Liquid Tank | 2/28/2007 | S/L | 10.00 | 1,266 | 1,266 | 0 | 0 | 1,266 |
| 87 | | Pressure Tank- McMaster-Carr | 9/29/2005 | S/L | 10.00 | 1,091 | 1,091 | 0 | 0 | 1,091 |
| 79 | | Parts for new Hopback (Kaestner) | 6/28/2005 | S/L | 10.00 | 1,565 | 1,565 | 0 | 0 | 1,565 |
| 67 | | Compressor on Chiller | 6/04/2004 | S/L | 10.00 | 8,956 | 8,956 | 0 | 0 | 8,956 |
| 66 | | Compressor for Air Compressor | 6/02/2004 | S/L | 10.00 | 1,559 | 1,559 | 0 | 0 | 1,559 |
| 58 | | Manway Door | 2/01/2002 | S/L | 10.00 | 818 | 818 | 0 | 0 | 818 |
| 57 | | 2 Tanks- Parts | 11/27/2001 | S/L | 10.00 | 5,047 | 5,047 | 0 | 0 | 5,047 |
| 56 | | Electrical Wastewater | 11/02/2001 | S/L | 10.00 | 4,272 | 4,272 | 0 | 0 | 4,272 |
| 52 | | 2 Tanks | 5/31/2001 | S/L | 10.00 | 31,945 | 31,945 | 0 | 0 | 31,945 |
| 54 | | CO2 System | 5/31/2001 | S/L | 10.00 | 1,028 | 1,028 | 0 | 0 | 1,028 |
| 51 | | Waste Water Plant | 1/01/2001 | S/L | 10.00 | 3,312 | 3,312 | 0 | 0 | 3,312 |
| 46 | | Brewing and Refrigeration | 9/19/2000 | S/L | 10.00 | 3,355 | 3,355 | 0 | 0 | 3,355 |
| 42 | | Oxford Equipment | 3/12/1999 | S/L | 10.00 | 3,375 | 3,375 | 0 | 0 | 3,375 |
| 41 | | 3 100 bbls FV Tanks | 2/05/1999 | S/L | 10.00 | 61,230 | 61,230 | 0 | 0 | 61,230 |
| 38 | | Tank Rigging (indoor) | 12/21/1998 | S/L | 10.00 | 2,135 | 2,135 | 0 | 0 | 2,135 |
| 37 | | 2 Tanks | 12/01/1998 | S/L | 10.00 | 4,000 | 4,000 | 0 | 0 | 4,000 |
| 40 | | Installation- 7 Tanks | 4/30/1998 | S/L | 10.00 | 5,281 | 5,281 | 0 | 0 | 5,281 |
| 34 | | Filtration Housing | 3/09/1998 | S/L | 10.00 | 2,019 | 2,019 | 0 | 0 | 2,019 |
| 35 | | Filtration Housing | 3/09/1998 | S/L | 10.00 | 1,556 | 1,556 | 0 | 0 | 1,556 |
| 13 | | Boiler Chemical | 12/18/1995 | S/L | 10.00 | 2,281 | 2,281 | 0 | 0 | 2,281 |
| 15 | | Cold Liquid Tank | 10/30/1995 | S/L | 10.00 | 5,025 | 5,025 | 0 | 0 | 5,025 |
| 16 | | Silo & Grain Handling Equip. | 9/27/1995 | S/L | 10.00 | 9,143 | 9,143 | 0 | 0 | 9,143 |
| 10 | | Walk-in Refrigerator | 9/22/1995 | S/L | 10.00 | 40,301 | 40,301 | 0 | 0 | 40,301 |
| 9 | | Boiler-Tate Engineering | 8/14/1995 | S/L | 10.00 | 42,978 | 42,978 | 0 | 0 | 42,978 |
| | | | **Brewing & Refrigeration** | | | 4,882,752 | 4,682,015 | 0 | 87,159 | 4,769,174 |

# WM Book Depreciation Expense



FYE: 12/31/2026

| Asset | d t | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Computer & Equipment** | | | | | | | | | | |
| 812 | | FLOOR SCRUBBER | 3/30/2022 | S/L | 7.00 | 3,378 | 1,809 | 0 | 483 | 2,292 |
| 736 | | Coldbox Display-Taproom | 8/27/2018 | S/L | 5.00 | 2,325 | 2,325 | 0 | 0 | 2,325 |
| 735 | | 4 Coil Boxes | 1/17/2018 | S/L | 5.00 | 2,734 | 2,734 | 0 | 0 | 2,734 |
| 616 | | TV's -office & production | 8/10/2017 | S/L | 7.00 | 1,286 | 1,286 | 0 | 0 | 1,286 |
| 615 | | HP Laptop-J. Gold | 7/27/2017 | S/L | 7.00 | 1,432 | 1,432 | 0 | 0 | 1,432 |
| 614 | | Dell Laptop - P Kirk | 2/01/2017 | S/L | 7.00 | 1,976 | 1,976 | 0 | 0 | 1,976 |
| 575 | | Hewlett Packard Desktop Computer w/ Monitor ( | 7/28/2016 | S/L | 5.00 | 885 | 885 | 0 | 0 | 885 |
| 574 | | Dell Laptop for IT | 3/11/2016 | S/L | 5.00 | 650 | 650 | 0 | 0 | 650 |
| 470 | | Dell Laptops (3) | 9/26/2014 | S/L | 5.00 | 3,403 | 3,403 | 0 | 0 | 3,403 |
| 456 | | Large Format Printer | 5/09/2014 | S/L | 5.00 | 550 | 550 | 0 | 0 | 550 |
| 453 | | Laptop Computer | 3/26/2014 | S/L | 5.00 | 721 | 721 | 0 | 0 | 721 |
| 452 | | Laptop Computer | 3/13/2014 | S/L | 5.00 | 583 | 583 | 0 | 0 | 583 |
| 320 | | 6 Hewlett Packard computers | 9/30/2013 | S/L | 7.00 | 2,676 | 2,676 | 0 | 0 | 2,676 |
| 319 | | 8 Telephones | 9/23/2013 | S/L | 7.00 | 2,090 | 2,090 | 0 | 0 | 2,090 |
| 317 | | Hardware to add 16 new phone extensions | 6/01/2013 | S/L | 7.00 | 843 | 843 | 0 | 0 | 843 |
| 221 | | HP Microserver w/ Windows Foundation | 11/01/2011 | S/L | 7.00 | 1,424 | 1,424 | 0 | 0 | 1,424 |
| 210 | | 6 New Phones Cabling & Setup - McEnroe | 9/23/2011 | S/L | 7.00 | 2,838 | 2,838 | 0 | 0 | 2,838 |
| 202 | | Acer H5360 DLP Projector - Support 101 | 8/01/2011 | S/L | 5.00 | 603 | 603 | 0 | 0 | 603 |
| 171 | | Incubator for Lab - CitiCard | 9/30/2010 | S/L | 7.00 | 3,467 | 3,467 | 0 | 0 | 3,467 |
| 151 | | c-DGM Gehaltemeter CO/CO2 Meter-Norit Haffman | 6/30/2010 | S/L | 7.00 | 17,344 | 17,344 | 0 | 0 | 17,344 |
| 113 | | Telephone System- McEnroe Voice & Data | 6/30/2008 | S/L | 7.00 | 6,929 | 6,929 | 0 | 0 | 6,929 |
| | | **Computer & Equipment** | | | | 58,137 | 56,568 | 0 | 483 | 57,051 |
| **Group: Cooperage** | | | | | | | | | | |
| 822 | | 240 Halves @$25 | 10/18/2023 | S/L | 7.00 | 6,000 | 1,857 | 0 | 857 | 2,714 |
| 823 | | 160 Sixlets @ $15 | 10/18/2023 | S/L | 7.00 | 2,400 | 743 | 0 | 343 | 1,086 |
| 852 | | 9 Sixtel remaining from 779 | 3/03/2018 | S/L | 10.00 | 531 | 416 | 0 | 53 | 469 |
| 780 | | 34 13.2 kegs (50L) | 3/02/2018 | S/L | 10.00 | 2,652 | 2,077 | 0 | 266 | 2,343 |
| 482 | | 36 Firkins remaining | 8/11/2014 | S/L | 10.00 | 3,962 | 3,962 | 0 | 0 | 3,962 |
| 794 | | 30 Firkins from 123 (Split from Asset 479) | 4/29/2014 | S/L | 10.00 | 3,313 | 3,313 | 0 | 0 | 3,313 |
| 260 | | 5 Pins | 9/07/2012 | S/L | 10.00 | 675 | 675 | 0 | 0 | 675 |
| 777 | | 4 5.4 Gal Pin Kegs Geemacher | 1/13/2011 | S/L | 10.00 | 470 | 470 | 0 | 0 | 470 |
| 153 | | 20 Barrel Racks - Gino Pinto | 7/19/2010 | S/L | 10.00 | 1,900 | 1,900 | 0 | 0 | 1,900 |
| 134 | | Barrel Racks - Gino Pinto | 3/18/2010 | S/L | 10.00 | 1,051 | 1,051 | 0 | 0 | 1,051 |
| | | **Cooperage** | | | | 22,954 | 16,464 | 0 | 1,519 | 17,983 |
| **Group: Forklifts & Trucks** | | | | | | | | | | |
| 813 | | VAN WRAP | 6/28/2022 | S/L | 5.00 | 6,520 | 4,564 | 0 | 1,304 | 5,868 |
| 774 | | Toyota Forklift - model - 7FBEU15 | 7/31/2020 | | 0.0 | 0 | 0 | 0 | 0 | 0 |
| 519 | | Forklift #2-Leased | 7/07/2015 | S/L | 7.00 | 24,717 | 24,717 | 0 | 0 | 24,717 |
| 446 | | Forklift-Cascade Side Shifter (leased) | 10/29/2013 | S/L | 7.00 | 18,720 | 18,720 | 0 | 0 | 18,720 |
| 234 | | Forklift cage | 8/07/2012 | S/L | 5.00 | 711 | 711 | 0 | 0 | 711 |
| 197 | | 2 Van Seats - Dick's Auto Parts | 7/29/2011 | S/L | 5.00 | 1,215 | 1,215 | 0 | 0 | 1,215 |
| 188 | | 2009 Ford E250 4D Cargo Van | 5/03/2011 | S/L | 5.00 | 22,085 | 22,085 | 0 | 0 | 22,085 |

| Asset | d t | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Forklifts & Trucks (continued)** | | | | | | | | | | |
| 147 | | Forklift - Maryland Industrial Trucks | 6/01/2010 | S/L | 7.00 | 12,720 | 12,720 | 0 | 0 | 12,720 |
| 115 | | Bucket Truck- Paid by landlord $20661.00 | 7/25/2008 | | 0.0 | 0 | 0 | 0 | 0 | 0 |
| | | **Forklifts & Trucks** | | | | 86,688 | 84,732 | 0 | 1,304 | 86,036 |
| **Group: Furniture & Fixtures** | | | | | | | | | | |
| 841 | | Back Bar Area Build | 5/23/2023 | S/L | 7.00 | 4,212 | 1,554 | 0 | 602 | 2,156 |
| 842 | | Beer Process Graphic Party Room | 4/26/2023 | S/L | 7.00 | 1,115 | 425 | 0 | 159 | 584 |
| 843 | | Beer Offerings Sign | 4/26/2023 | S/L | 7.00 | 5,583 | 2,127 | 0 | 797 | 2,924 |
| 844 | | Haevy Seas Bottle Cap Sign | 4/26/2023 | S/L | 7.00 | 3,350 | 1,276 | 0 | 479 | 1,755 |
| 845 | | Merchandise Display | 4/24/2023 | S/L | 7.00 | 3,390 | 1,291 | 0 | 485 | 1,776 |
| 840 | | Tables and Chairs Party Room | 4/12/2023 | S/L | 7.00 | 18,801 | 7,386 | 0 | 2,686 | 10,072 |
| 847 | | Bar Extension | 3/15/2023 | S/L | 7.00 | 8,011 | 3,243 | 0 | 1,144 | 4,387 |
| 846 | | TNs Taproom Game and Party Rooms | 3/06/2023 | S/L | 7.00 | 10,676 | 4,321 | 0 | 1,525 | 5,846 |
| 811 | | Artifact Cannons | 5/31/2022 | S/L | 10.00 | 4,000 | 1,433 | 0 | 400 | 1,833 |
| 781 | | Solar panels for the deck | 5/18/2021 | S/L | 5.00 | 1,470 | 1,348 | 0 | 122 | 1,470 |
| 782 | | Smoker poles outdoor tables and chairs for de | 4/28/2021 | S/L | 5.00 | 4,133 | 3,857 | 0 | 276 | 4,133 |
| 783 | | 5 picnic tables for deck | 4/28/2021 | S/L | 5.00 | 1,669 | 1,558 | 0 | 111 | 1,669 |
| 734 | | Fan and installation-Brewhouse | 7/25/2018 | S/L | 5.00 | 5,264 | 5,264 | 0 | 0 | 5,264 |
| 658 | | Fan Install - Brewery | 7/01/2018 | S/L | 5.00 | 1,700 | 1,700 | 0 | 0 | 1,700 |
| 657 | | (5) Folding Farm Tables & Chairs | 6/30/2018 | S/L | 5.00 | 4,069 | 4,069 | 0 | 0 | 4,069 |
| 733 | | 2 TV's-Taproom | 3/27/2018 | S/L | 7.00 | 1,842 | 1,842 | 0 | 0 | 1,842 |
| 732 | | Chairs-Tap Room | 1/27/2018 | S/L | 5.00 | 871 | 871 | 0 | 0 | 871 |
| 650 | | Tables and barstools - Taproom | 12/27/2017 | S/L | 5.00 | 3,979 | 3,979 | 0 | 0 | 3,979 |
| 613 | | HVLS Fans - Brewhouse | 12/01/2017 | S/L | 5.00 | 9,979 | 9,979 | 0 | 0 | 9,979 |
| 611 | | Refrigerator - Suite C | 10/31/2017 | S/L | 7.00 | 305 | 305 | 0 | 0 | 305 |
| 612 | | Small conference table & chairs - Suite C | 10/31/2017 | S/L | 7.00 | 1,222 | 1,222 | 0 | 0 | 1,222 |
| 610 | | Furniture-mktg dept-Suite C | 10/27/2017 | S/L | 7.00 | 2,542 | 2,542 | 0 | 0 | 2,542 |
| 609 | | Desks Chairs Reception Furn. Conference room | 8/31/2017 | S/L | 7.00 | 13,520 | 13,520 | 0 | 0 | 13,520 |
| 572 | | Edgestar Keg Refrigerator | 1/07/2016 | S/L | 7.00 | 624 | 624 | 0 | 0 | 624 |
| 447 | | Taproom Table Tops (8 each) | 1/12/2014 | S/L | 5.00 | 3,675 | 3,675 | 0 | 0 | 3,675 |
| 267 | | 3 File Cabinets for office | 11/25/2013 | S/L | 7.00 | 704 | 704 | 0 | 0 | 704 |
| 286 | | 36 Barstools | 9/30/2013 | S/L | 5.00 | 4,204 | 4,204 | 0 | 0 | 4,204 |
| 308 | | Cabinets & Shelving for new lab | 8/31/2013 | S/L | 7.00 | 1,690 | 1,690 | 0 | 0 | 1,690 |
| 316 | | 2 Tap Boxes w/ CO2 regulators for new taproom | 8/31/2013 | S/L | 5.00 | 5,824 | 5,824 | 0 | 0 | 5,824 |
| 315 | | Safety netting | 8/06/2013 | S/L | 5.00 | 1,933 | 1,933 | 0 | 0 | 1,933 |
| 306 | | New Taproom Bar | 8/02/2013 | S/L | 5.00 | 14,000 | 14,000 | 0 | 0 | 14,000 |
| 304 | | 20 2-Barrel 7in Double Bar Racks | 7/30/2013 | S/L | 5.00 | 1,503 | 1,503 | 0 | 0 | 1,503 |
| 303 | | 2 rows of 7 bays used pushback rack; 1 row of | 7/01/2013 | S/L | 7.00 | 31,710 | 31,710 | 0 | 0 | 31,710 |
| 302 | | Dishwasher for lab | 6/21/2013 | S/L | 5.00 | 564 | 564 | 0 | 0 | 564 |
| 231 | | New display shelving - retail area (Topher Si | 1/12/2012 | S/L | 7.00 | 2,500 | 2,500 | 0 | 0 | 2,500 |
| 217 | | Lockers for Employees - Grainger | 10/12/2011 | S/L | 7.00 | 2,317 | 2,317 | 0 | 0 | 2,317 |
| 216 | | Shelving for labels & cold storage box | 10/07/2011 | S/L | 7.00 | 2,189 | 2,189 | 0 | 0 | 2,189 |
| 214 | | Malt Storage Racks - Everything Warehouse | 9/29/2011 | S/L | 7.00 | 1,355 | 1,355 | 0 | 0 | 1,355 |
| 211 | | Reinstall Ballet Racks - Everything Warehouse | 9/27/2011 | S/L | 7.00 | 944 | 944 | 0 | 0 | 944 |
| 205 | | Shelving for New Warehouse | 9/20/2011 | S/L | 7.00 | 962 | 962 | 0 | 0 | 962 |

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Furniture & Fixtures (continued)** | | | | | | | | | | |
| | | **Furniture & Fixtures** | | | | 188,401 | 151,810 | 0 | 8,786 | 160,596 |
| **Group: Lab Equipment** | | | | | | | | | | |
| 631 | | Portable denisty meter | 10/23/2017 | S/L | 10.00 | 2,636 | 2,153 | 0 | 264 | 2,417 |
| 633 | | Cassette reader - testing equipment | 2/01/2017 | S/L | 10.00 | 4,320 | 3,852 | 0 | 432 | 4,284 |
| 588 | | Portable Dissolved CO2 & O2 Measuring Device | 2/19/2016 | S/L | 10.00 | 23,304 | 22,915 | 0 | 389 | 23,304 |
| 546 | | COD Test Vial Meter and Test Tube Heater | 8/12/2015 | S/L | 10.00 | 1,650 | 1,650 | 0 | 0 | 1,650 |
| 544 | | Invisible Sentinel Piko Cycler | 4/01/2015 | S/L | 10.00 | 3,500 | 3,500 | 0 | 0 | 3,500 |
| 545 | | High Capacity Compact Research Centrifuge | 4/01/2015 | S/L | 10.00 | 2,650 | 2,650 | 0 | 0 | 2,650 |
| 503 | | Spectrophotometer | 10/14/2014 | S/L | 10.00 | 5,342 | 5,342 | 0 | 0 | 5,342 |
| 389 | | Vertical Laminar Flow Hood w/Cart | 8/27/2013 | S/L | 10.00 | 4,289 | 4,289 | 0 | 0 | 4,289 |
| | | **Lab Equipment** | | | | 47,691 | 46,351 | 0 | 1,085 | 47,436 |
| **Group: Leasehold Improvements** | | | | | | | | | | |
| 855 | | Security Cameras | 9/30/2024 | S/L | 15.00 | 3,555 | 296 | 0 | 237 | 533 |
| 854 | | Footrails display shelves | 5/06/2024 | S/L | 15.00 | 2,330 | 259 | 0 | 155 | 414 |
| 853 | | Taproom Awnings | 2/28/2024 | S/L | 15.00 | 4,660 | 570 | 0 | 310 | 880 |
| 837 | | Sound Dampening Panels | 11/21/2023 | S/L | 40.00 | 14,288 | 744 | 0 | 357 | 1,101 |
| 838 | | Kelly Compressor | 4/17/2023 | S/L | 10.00 | 4,300 | 1,147 | 0 | 430 | 1,577 |
| 839 | | Tap Room TV & Sound wiring | 4/11/2023 | S/L | 15.00 | 5,614 | 1,029 | 0 | 375 | 1,404 |
| 833 | | 2023 Remodel Partner Contracting | 3/31/2023 | S/L | 15.00 | 475,120 | 87,105 | 0 | 31,675 | 118,780 |
| 834 | | Tina Copeland Design Fees | 3/31/2023 | S/L | 15.00 | 2,145 | 393 | 0 | 143 | 536 |
| 835 | | Hvac unit and Install | 3/31/2023 | S/L | 39.00 | 19,950 | 1,407 | 0 | 511 | 1,918 |
| 836 | | Audio Equipment Taproom | 3/01/2023 | S/L | 15.00 | 7,950 | 1,502 | 0 | 530 | 2,032 |
| 832 | | 2023 Facilities Planning | 1/31/2023 | S/L | 40.00 | 37,967 | 2,768 | 0 | 950 | 3,718 |
| 784 | | Install 6 duplex ground faut outlets | 12/16/2021 | S/L | 10.00 | 3,195 | 1,305 | 0 | 319 | 1,624 |
| 790 | | Furnish & Install 1 pair entryway doors | 11/18/2021 | S/L | 10.00 | 5,000 | 2,042 | 0 | 500 | 2,542 |
| 789 | | Entryway door demo | 9/22/2021 | S/L | 10.00 | 7,500 | 3,188 | 0 | 750 | 3,938 |
| 788 | | Deck expansion | 5/10/2021 | S/L | 10.00 | 23,500 | 10,967 | 0 | 2,350 | 13,317 |
| 787 | | Install (2) 50 amp volt outlets on deck | 4/12/2021 | S/L | 10.00 | 2,600 | 1,235 | 0 | 260 | 1,495 |
| 786 | | Deck expansion permit to in service 4/9/21 | 4/09/2021 | S/L | 10.00 | 2,145 | 1,019 | 0 | 214 | 1,233 |
| 785 | | Install handicap space in parking lot | 3/17/2021 | S/L | 10.00 | 1,412 | 671 | 0 | 141 | 812 |
| 766 | | Garage Doors | 8/16/2019 | S/L | 10.00 | 12,136 | 7,787 | 0 | 1,214 | 9,001 |
| 757 | | Sign (Roadside Sign) | 6/05/2019 | S/L | 10.00 | 2,781 | 1,831 | 0 | 278 | 2,109 |
| 738 | | Install 20 AMP Electric box | 11/30/2018 | S/L | 10.00 | 2,400 | 1,700 | 0 | 240 | 1,940 |
| 727 | | Facilities planning | 8/01/2018 | S/L | 10.00 | 1,888 | 1,400 | 0 | 189 | 1,589 |
| 737 | | Chain Link Fence-shipping warehouse | 7/24/2018 | S/L | 10.00 | 3,430 | 2,544 | 0 | 343 | 2,887 |
| 726 | | roof vent install | 7/01/2018 | S/L | 10.00 | 1,017 | 763 | 0 | 101 | 864 |
| 696 | | Expansion Designwork | 6/30/2018 | S/L | 10.00 | 3,759 | 2,820 | 0 | 375 | 3,195 |
| 697 | | New office buildout-Reimbursed by ColFin - De | 6/30/2018 | S/L | 10.00 | 58,678 | 44,008 | 0 | 5,868 | 49,876 |
| 698 | | Landbridge site design - progress billing | 6/30/2018 | S/L | 10.00 | 950 | 713 | 0 | 95 | 808 |
| 699 | | Expansion Designwork | 6/30/2018 | S/L | 10.00 | 5,688 | 4,266 | 0 | 568 | 4,834 |
| 700 | | Expansion Designwork | 6/30/2018 | S/L | 10.00 | 5,674 | 4,255 | 0 | 568 | 4,823 |
| 701 | | Landbridge site design - progress billing | 6/30/2018 | S/L | 10.00 | 11,543 | 8,657 | 0 | 1,155 | 9,812 |
| 702 | | Suite C buildout balance | 6/30/2018 | S/L | 10.00 | 4,293 | 3,220 | 0 | 429 | 3,649 |
| 703 | | Expansion Designwork | 6/30/2018 | S/L | 10.00 | 730 | 547 | 0 | 73 | 620 |

# WM Book Depreciation Expense



FYE: 12/31/2026

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Leasehold Improvements (continued)** | | | | | | | | | | |
| 704 | | Expansion Designwork | 6/30/2018 | S/L | 10.00 | 3,134 | 2,350 | 0 | 314 | 2,664 |
| 706 | | Expansion Design work - Taproom/Brewery | 6/30/2018 | S/L | 10.00 | 7,389 | 5,542 | 0 | 739 | 6,281 |
| 707 | | Expansion Design work - Building Connector | 6/30/2018 | S/L | 10.00 | 500 | 375 | 0 | 50 | 425 |
| 709 | | Building Connector - progress billing | 6/30/2018 | S/L | 10.00 | 25,801 | 19,351 | 0 | 2,580 | 21,931 |
| 710 | | Taproom Demo/move IT closet | 6/30/2018 | S/L | 10.00 | 6,425 | 4,819 | 0 | 642 | 5,461 |
| 711 | | Building Connector - progress billing #2 | 6/30/2018 | S/L | 10.00 | 29,689 | 22,266 | 0 | 2,969 | 25,235 |
| 712 | | Expansion progress billing #2 | 6/30/2018 | S/L | 10.00 | 28,998 | 21,748 | 0 | 2,900 | 24,648 |
| 713 | | Expansion Design work | 6/30/2018 | S/L | 10.00 | 688 | 516 | 0 | 68 | 584 |
| 714 | | Expansion Design work | 6/30/2018 | S/L | 10.00 | 2,087 | 1,565 | 0 | 209 | 1,774 |
| 715 | | Expansion Design work | 6/30/2018 | S/L | 10.00 | 3,500 | 2,625 | 0 | 350 | 2,975 |
| 716 | | Expansion Design work | 6/30/2018 | S/L | 10.00 | 625 | 469 | 0 | 62 | 531 |
| 717 | | Chain link fence - canner project | 6/30/2018 | S/L | 10.00 | 2,780 | 2,085 | 0 | 278 | 2,363 |
| 718 | | Expansion Design work | 6/30/2018 | S/L | 10.00 | 122,906 | 92,180 | 0 | 12,291 | 104,471 |
| 719 | | Floor plans models rendering | 6/30/2018 | S/L | 10.00 | 2,400 | 1,800 | 0 | 240 | 2,040 |
| 720 | | Dock door - LHI | 6/30/2018 | S/L | 10.00 | 13,466 | 10,100 | 0 | 1,346 | 11,446 |
| 721 | | Facilities planning | 6/30/2018 | S/L | 10.00 | 880 | 660 | 0 | 88 | 748 |
| 722 | | LHI | 6/30/2018 | S/L | 10.00 | 42,754 | 32,066 | 0 | 4,275 | 36,341 |
| 723 | | LHI | 6/30/2018 | S/L | 10.00 | 1,504 | 1,128 | 0 | 151 | 1,279 |
| 724 | | LHI | 6/30/2018 | S/L | 10.00 | 5,025 | 3,769 | 0 | 502 | 4,271 |
| 725 | | Facilities planning | 6/30/2018 | S/L | 10.00 | 558 | 419 | 0 | 55 | 474 |
| 620 | | Concrete pad & electrical install-CO2 tank (r | 12/31/2017 | S/L | 10.00 | 15,975 | 12,780 | 0 | 1,598 | 14,378 |
| 621 | | Electric for HVLS fans - (move to in service) | 12/01/2017 | S/L | 10.00 | 4,495 | 3,633 | 0 | 450 | 4,083 |
| 619 | | Marketing dept wall cut thru | 11/04/2017 | S/L | 10.00 | 1,249 | 1,020 | 0 | 125 | 1,145 |
| 618 | | Internal/External slab pour - Waste Water Pro | 3/04/2017 | S/L | 10.00 | 9,120 | 8,056 | 0 | 912 | 8,968 |
| 617 | | As built site plan - HS Beer | 2/14/2017 | S/L | 10.00 | 1,881 | 1,677 | 0 | 188 | 1,865 |
| 576 | | Electrical Receptacles Installed | 11/17/2016 | S/L | 15.00 | 1,640 | 993 | 0 | 109 | 1,102 |
| 564 | | Surface prep & Floor coating for new tank are | 11/25/2015 | S/L | 15.00 | 5,050 | 3,395 | 0 | 336 | 3,731 |
| 520 | | 2nd concrete pad for new chiller | 1/23/2015 | S/L | 10.00 | 3,712 | 3,712 | 0 | 0 | 3,712 |
| 466 | | Concrete pad for new chiller (outdoor) | 12/23/2014 | S/L | 10.00 | 2,809 | 2,809 | 0 | 0 | 2,809 |
| 509 | | Engineering of Slab and interior equipment fo | 10/15/2014 | S/L | 39.00 | 9,715 | 2,802 | 0 | 249 | 3,051 |
| 486 | | Furnish & install 12 weatherproof lights 2 fa | 9/11/2014 | S/L | 39.00 | 3,885 | 1,129 | 0 | 100 | 1,229 |
| 487 | | Furnish & install 4 high bay lights 480V feed | 9/11/2014 | S/L | 39.00 | 4,052 | 1,178 | 0 | 104 | 1,282 |
| 485 | | New concrete pad for silo | 7/26/2014 | S/L | 39.00 | 31,561 | 9,239 | 0 | 809 | 10,048 |
| 463 | | Concrete Floor w/ epoxy for new brewhouse inc | 6/27/2014 | S/L | 39.00 | 130,754 | 38,556 | 0 | 3,352 | 41,908 |
| 462 | | Diffusers for Offices & Installation | 6/16/2014 | S/L | 7.00 | 1,943 | 1,943 | 0 | 0 | 1,943 |
| 461 | | Demo of old offices | 3/14/2014 | S/L | 39.00 | 12,919 | 3,920 | 0 | 331 | 4,251 |
| 484 | | Electrical moved due to wall/office removal | 3/05/2014 | S/L | 39.00 | 10,700 | 3,247 | 0 | 274 | 3,521 |
| 427 | | Run CO2 to new lab | 12/23/2013 | S/L | 39.00 | 2,500 | 769 | 0 | 64 | 833 |
| 265 | | Facilities planning - Trident Engineering | 9/30/2013 | S/L | 39.00 | 14,500 | 4,554 | 0 | 372 | 4,926 |
| 266 | | Facilities planning - Martin Costello | 9/30/2013 | S/L | 39.00 | 5,341 | 1,678 | 0 | 137 | 1,815 |
| 426 | | Removal of 2 walls for new bottling line | 9/25/2013 | S/L | 15.00 | 16,405 | 13,397 | 0 | 1,094 | 14,491 |
| 332 | | New office space & taproom buildout; outdoor | 8/31/2013 | S/L | 39.00 | 222,540 | 70,376 | 0 | 5,706 | 76,082 |
| 439 | | Connect water purifier | 8/31/2013 | S/L | 7.00 | 5,240 | 5,240 | 0 | 0 | 5,240 |
| 441 | | Sprinkler for cooler | 8/31/2013 | S/L | 7.00 | 12,122 | 12,122 | 0 | 0 | 12,122 |
| 444 | | Awning to Tap room | 8/31/2013 | S/L | 7.00 | 1,336 | 1,336 | 0 | 0 | 1,336 |
| 328 | | Materials for Utility Upgrade (Switchboard ci | 8/01/2013 | S/L | 10.00 | 21,852 | 21,852 | 0 | 0 | 21,852 |
| 329 | | Service Connection of new panels | 8/01/2013 | S/L | 10.00 | 1,873 | 1,873 | 0 | 0 | 1,873 |
| 338 | | Utility Upgrade Install | 7/31/2013 | S/L | 10.00 | 92,742 | 92,742 | 0 | 0 | 92,742 |
| 337 | | Cabling to new offices | 7/18/2013 | S/L | 10.00 | 6,313 | 6,313 | 0 | 0 | 6,313 |

# WM Book Depreciation Expense



FYE: 12/31/2026

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Leasehold Improvements (continued)** | | | | | | | | | | |
| 327 | | Block up 3 Door Openings | 7/12/2013 | S/L | 39.00 | 4,185 | 1,341 | 0 | 108 | 1,449 |
| 326 | | Upblast Centrifugal Roof Exhauster Fan 16in | 7/08/2013 | S/L | 39.00 | 1,129 | 362 | 0 | 29 | 391 |
| 268 | | Facilities planning - Martin Costello | 6/30/2013 | S/L | 39.00 | 3,931 | 1,260 | 0 | 101 | 1,361 |
| 325 | | 7 Bollards for DA Tank and new kegging areas | 5/21/2013 | S/L | 39.00 | 1,190 | 384 | 0 | 30 | 414 |
| 334 | | Concrete Floor coating of floor under 3 new t | 5/20/2013 | S/L | 15.00 | 3,150 | 2,643 | 0 | 210 | 2,853 |
| 324 | | Concrete Pad for 3 new fermentation tanks | 4/20/2013 | S/L | 39.00 | 10,700 | 3,475 | 0 | 275 | 3,750 |
| 323 | | Concrete Floor coating of new kegging area | 4/10/2013 | S/L | 39.00 | 7,200 | 2,354 | 0 | 185 | 2,539 |
| 322 | | Block dock openings and install ventilation l | 4/01/2013 | S/L | 10.00 | 4,457 | 4,457 | 0 | 0 | 4,457 |
| 425 | | Engineering services re concrete pad | 3/27/2013 | S/L | 15.00 | 2,150 | 1,827 | 0 | 144 | 1,971 |
| 335 | | Install waste water pit for new kegging area | 3/15/2013 | S/L | 15.00 | 11,107 | 9,503 | 0 | 740 | 10,243 |
| 330 | | Concrete base for De-aerated Water tank | 1/23/2013 | S/L | 39.00 | 6,700 | 2,219 | 0 | 172 | 2,391 |
| 239 | | Cummins-Wagner Versamatic sump pump | 8/27/2012 | S/L | 10.00 | 4,704 | 4,704 | 0 | 0 | 4,704 |
| 238 | | Install new receptacle for power washer | 8/23/2012 | S/L | 10.00 | 5,672 | 5,672 | 0 | 0 | 5,672 |
| 237 | | Cut holes thru to new warehouse space | 7/11/2012 | S/L | 10.00 | 930 | 930 | 0 | 0 | 930 |
| 236 | | Brewhouse floor patching | 5/14/2012 | S/L | 10.00 | 3,250 | 3,250 | 0 | 0 | 3,250 |
| 235 | | Power distribution project | 4/30/2012 | S/L | 10.00 | 15,997 | 15,997 | 0 | 0 | 15,997 |
| 222 | | Brewhouse Exhaust Fan - Ben Bauman | 11/02/2011 | S/L | 10.00 | 2,200 | 2,200 | 0 | 0 | 2,200 |
| 218 | | Install VCT tile to office floor - Bounds Car | 10/18/2011 | S/L | 10.00 | 625 | 625 | 0 | 0 | 625 |
| 212 | | New Warehouse Space Renovations - Kaliber Con | 9/27/2011 | S/L | 10.00 | 22,909 | 22,909 | 0 | 0 | 22,909 |
| 209 | | New Tile Floor in Office - Bounds Carpet | 9/23/2011 | S/L | 10.00 | 685 | 685 | 0 | 0 | 685 |
| 206 | | Install Exterior Lighting on Bldg - Dunning E | 8/26/2011 | S/L | 10.00 | 3,880 | 3,880 | 0 | 0 | 3,880 |
| 191 | | Concrete Extension for New Tank & Kegging Are | 6/29/2011 | S/L | 10.00 | 2,980 | 2,980 | 0 | 0 | 2,980 |
| 186 | | New Water Line - Ben Bauman | 4/13/2011 | S/L | 10.00 | 20,900 | 20,900 | 0 | 0 | 20,900 |
| 185 | | Brewhouse Epoxy Flooring | 3/22/2011 | S/L | 7.00 | 40,000 | 40,000 | 0 | 0 | 40,000 |
| 180 | | Kaliber Constr. - Two 4 in & 6 in bollards | 12/14/2010 | S/L | 5.00 | 4,150 | 4,150 | 0 | 0 | 4,150 |
| 169 | | Chiller Pad - Kaliber Construction | 9/27/2010 | S/L | 10.00 | 5,264 | 5,264 | 0 | 0 | 5,264 |
| 166 | | Lab Buildout - Kaliber Const Dunning Elec Bau | 9/23/2010 | S/L | 10.00 | 15,590 | 15,590 | 0 | 0 | 15,590 |
| 167 | | Brewery Floor - Durex Coverings | 9/23/2010 | S/L | 10.00 | 7,250 | 7,250 | 0 | 0 | 7,250 |
| 165 | | Loading Dock Malt Room - Kaliber Construction | 9/21/2010 | S/L | 10.00 | 4,290 | 4,290 | 0 | 0 | 4,290 |
| 163 | | Durex Coverings | 9/13/2010 | S/L | 10.00 | 7,250 | 7,250 | 0 | 0 | 7,250 |
| 162 | | Office Paint & Tile Install - Kaliber Constru | 9/01/2010 | S/L | 10.00 | 4,915 | 4,915 | 0 | 0 | 4,915 |
| 161 | | Tile Floor - Bounds Carpet | 8/30/2010 | S/L | 10.00 | 3,376 | 3,376 | 0 | 0 | 3,376 |
| 157 | | Electrical Install boxes & conduit for new Fo | 8/05/2010 | S/L | 10.00 | 2,293 | 2,293 | 0 | 0 | 2,293 |
| 155 | | Concrete Pad for FVs - Kaliber Construction & | 7/28/2010 | S/L | 10.00 | 33,181 | 33,181 | 0 | 0 | 33,181 |
| 152 | | Mill Room Buildout-Kaliber Construction | 7/15/2010 | S/L | 10.00 | 4,250 | 4,250 | 0 | 0 | 4,250 |
| 126 | | Bathroom Upgrades | 3/31/2009 | S/L | 10.00 | 19,429 | 19,429 | 0 | 0 | 19,429 |
| 123 | | Glycol Lines/Exhaust Fan | 2/12/2009 | S/L | 10.00 | 5,029 | 5,029 | 0 | 0 | 5,029 |
| 111 | | BGE- Install new natural gas line | 5/15/2008 | S/L | 5.00 | 2,787 | 2,787 | 0 | 0 | 2,787 |
| 101 | | Mezzanine | 5/21/2007 | S/L | 10.00 | 11,401 | 11,401 | 0 | 0 | 11,401 |
| 100 | | Premier Fence- New Fence/Gate & Maintenance | 4/30/2007 | S/L | 5.00 | 2,324 | 2,324 | 0 | 0 | 2,324 |
| 96 | | Mezzanine for Storage | 12/18/2006 | S/L | 5.00 | 8,925 | 8,925 | 0 | 0 | 8,925 |
| 93 | | Lake Clipper City Structure | 3/31/2006 | S/L | 5.00 | 4,304 | 4,304 | 0 | 0 | 4,304 |
| 48 | | Waste Water Pit | 12/22/2000 | S/L | 5.00 | 1,500 | 1,500 | 0 | 0 | 1,500 |
| 44 | | Concrete Work | 6/15/1999 | S/L | 5.00 | 1,604 | 1,604 | 0 | 0 | 1,604 |
| 28 | | Kodiak Construction | 3/18/1996 | S/L | 5.00 | 2,361 | 2,361 | 0 | 0 | 2,361 |
| 7 | | Kodiak Construction | 11/01/1995 | S/L | 5.00 | 218,045 | 218,045 | 0 | 0 | 218,045 |
| | | **Leasehold Improvements** | | | | 2,243,680 | 1,284,407 | 0 | 100,116 | 1,384,523 |

# WM Book Depreciation Expense



FYE: 12/31/2026

| Asset | dt | Property Description | Date In Service | Book Method | Book Period | Book Cost | Book Prior Depreciation | Book CY Sec 179 Expense | Book Current Depreciation | Book End Depr |
|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Loan Fees** | | | | | | | | | | |
| 848 | | Wells Fargo SBA Loan Fees | 4/04/2023 | Amort | 10.00 | 94,965 | 26,115 | 0 | 9,497 | 35,612 |
| | | | | **Loan Fees** | | 94,965 | 26,115 | 0 | 9,497 | 35,612 |
| **Group: Packaging Design** | | | | | | | | | | |
| 647 | | Can Wrap artwork - Loose Cannon Tropicannon S | 10/12/2017 | Amort | 60.00 | 2,555 | 2,555 | 0 | 0 | 2,555 |
| 642 | | Loose Cannon artwork revision | 9/26/2017 | Amort | 60.00 | 750 | 750 | 0 | 0 | 750 |
| 641 | | Loose Cannon Cans 16os artwork | 9/08/2017 | Amort | 60.00 | 1,200 | 1,200 | 0 | 0 | 1,200 |
| 639 | | TropiCannon Cans artwork | 2/28/2017 | Amort | 60.00 | 1,200 | 1,200 | 0 | 0 | 1,200 |
| 640 | | Loose Cannon Cans Artwork revision | 2/28/2017 | Amort | 60.00 | 1,200 | 1,200 | 0 | 0 | 1,200 |
| 605 | | Loose Cannon Design | 11/22/2016 | Amort | 60.00 | 2,109 | 2,109 | 0 | 0 | 2,109 |
| 600 | | Printing Die - Winter Storm | 8/31/2016 | Amort | 60.00 | 2,994 | 2,994 | 0 | 0 | 2,994 |
| 594 | | Printing Die - TropiCannon | 4/13/2016 | Amort | 60.00 | 2,994 | 2,994 | 0 | 0 | 2,994 |
| 552 | | Loose Cannon Label design update | 11/11/2015 | Amort | 60.00 | 16,389 | 16,389 | 0 | 0 | 16,389 |
| 554 | | Double Cannon design | 7/20/2015 | Amort | 60.00 | 7,252 | 7,252 | 0 | 0 | 7,252 |
| 560 | | Prining Die-Double Cannon | 4/15/2015 | Amort | 60.00 | 900 | 900 | 0 | 0 | 900 |
| | | | | **Packaging Design** | | 39,543 | 39,543 | 0 | 0 | 39,543 |
| **Group: Software Development & Li** | | | | | | | | | | |
| 793 | | Programmable Logic Controller - production eq | 3/25/2021 | Amort | 36.00 | 3,333 | 2,221 | 0 | 92 | 2,313 |
| | | | | **Software Development & Li** | | 3,333 | 2,221 | 0 | 92 | 2,313 |
| | | | | **Grand Total** | | 12,173,870 | 10,404,825 | 0 | 348,411 | 10,753,236 |

11/07/26 10:12PM

**Fill in this information to identify the case:**

Debtor name **Clipper City Brewing Company, L.P.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** — Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Hugh and Janet Sisson Revocable Trust**
Creditor's Name

**23467 Turtle Grass Street**
**Millville, DE 19967**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/12/26**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All of debtor's assets**

**Describe the lien**
**UCC-1 (20268408565)**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$400,506.43** Column B: **Unknown**

**2.2 Microstar Keg Management, L.L.C.**
Creditor's Name

**P. O. Box 912392**
**Denver, CO 80291-2857**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2025-2026**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Security deposit - MicroStar**

**Describe the lien**
**Right of setoff (11 U.S.C. 506(a), 553)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$11,593.13** Column B: **$10,300.00**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **PR III CREP Hollins Ferry Road Owner LLC**
Creditor's Name
**c/o Cushman & Wakefield**
**P. O. Box 40112**
**Newark, NJ 07101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/2026-11/7/2026**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Security deposit - building**

**Describe the lien**
**right of setoff (11 U.S.C. 506(a), 553)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$123,461.98** **$25,000.00**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **Wells Fargo Bank, N.A.**
Creditor's Name
**420 Montgomery Street**
**San Francisco, CA**
**94163-0001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9791**

**Describe debtor's property that is subject to a lien**
**All of debtor's assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$2,330,740.34** **Unknown**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$2,866,301.88**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

11/07/26 10:12PM

Debtor **Clipper City Brewing Company, L.P.** Case number (if known)
Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CMG Support Serv East Coast SBA**<br>**MAC T7422-012**<br>**P. O. Box 659713**<br>**San Antonio, TX 78265-9827** | Line **2.4** | **0090** |
| **Cushman & Wakefield**<br>**225 West Wacker Drive, Suite 3000**<br>**Chicago, IL 60606** | Line **2.3** | |
| **James Buffington, Lead Loan Workout Spec**<br>**Wells Fargo Bank**<br>**401 South Tryon Street**<br>**Charlotte, NC 28202-1911** | Line **2.4** | |
| **PR III CREP Hollins Ferry Road Owner LLC**<br>**c/o Comber Real Estate Partners LLC**<br>**120 Valley Road, Suite 200**<br>**Montclair, NJ 07042** | Line **2.3** | |

11/07/26 10:12PM

**Fill in this information to identify the case:**

Debtor name **Clipper City Brewing Company, L.P.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 | Unknown | Unknown |
| 2.2 | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address

**Alcohol and Tobacco Tax and Trade Bureau**
**National Revenue Center**
**550 Main Street, Suite 8002**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Federal excise tax on beer**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim: **Unknown** Priority amount: **Unknown**

**2.2** Priority creditor's name and mailing address

**Baltimore County Finance Department**
**400 Washington Avenue**
**Towson, MD 21204**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **listed for notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim: **$0.00** Priority amount: **$0.00**

11/07/26 10:12PM

Debtor **Clipper City Brewing Company, L.P.** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**Field Enforcement Division**<br>**Annapolis, MD 21404-2999** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred<br>**11/1/26-petition date** | Basis for the claim:<br>**Alcoholic beverage (beer) excise tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Gift card holders (taproom customers)**<br>**c/o 4615 Hollins Ferry Road, Suite B**<br>**Halethorpe, MD 21227** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,687.17** | **$13,687.17** |
| | Date or dates debt was incurred<br>**various** | Basis for the claim:<br>**Unredeemed gift cards** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Unit**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**listed for notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Ohio Department of Taxation**<br>**Attn: Business Tax Division**<br>**P. O. Box 2678**<br>**Columbus, OH 43216-2678** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$241.74** | **$241.74** |
| | Date or dates debt was incurred<br>**10/21/26** | Basis for the claim:<br>**Ohio beer excise tax collected on 10/21/26 sale (Q4 2026, return not yet due)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.7 Priority creditor's name and mailing address
**PA Department of Revenue**
**P. O. Box 280905**
**Harrisburg, PA 17128-0905**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Excise tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8 Priority creditor's name and mailing address
**State of Maryland**
**Comptroller's Office**
**301 West Preston Street, Room 206**
**Baltimore, MD 21201**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales and use tax, incl. 9% alcoholic beverage sales tax (taproom sales 11/1/26-petition date)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.9 Priority creditor's name and mailing address
**Taproom employees**
**c/o 4615 Hollins Ferry Road, Suite B**
**Halethorpe, MD 21227**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Ardagh Glass Inc.**
**P. O. Box 417913**
**Boston, MA 02241-7914**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$32,329.44**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** trade debt

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Clipper City Brewing Company, L.P.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.2 | **Ball Corporation**<br>**P. O. Box 830162**<br>**Philadelphia, PA 19182-0162**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,061.38** |
| 3.3 | **BSG Craftbrewing**<br>**P. O. Box 74769**<br>**Chicago, IL 60694-4769**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,117.83** |
| 3.4 | **Citi Business A*Advantage Card**<br>**Citibank/Centralized Bankruptcy**<br>**P. O. Box 790034**<br>**St. Louis, MO 63179**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 4390 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** business credit card (account in name of Sisson Management, Inc.)<br>Is the claim subject to offset? ■ No ☐ Yes | **$57,096.69** |
| 3.5 | **Cleanedge**<br>**3121 Wilmarco Drive**<br>**Baltimore, MD 21223**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,609.25** |
| 3.6 | **Clipper City Brewing Co., LP 401(k)**<br>**Profit Sharing Plan and Trust**<br>**c/o Plan Trustee**<br>**4615 Hollins Ferry Road, Suite B**<br>**Halethorpe, MD 21227**<br>**Date(s) debt was incurred** 12/2025-2/2026<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** unpaid employer matching contributions<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7 | **Custom Sock Lab**<br>**1901 Sterling Road**<br>**Charlotte, NC 28209**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,116.00** |
| 3.8 | **Domino Amjet, Inc.**<br>**1290 Lakeside Drive**<br>**Gurnee, IL 60031**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,047.79** |

Debtor **Clipper City Brewing Company, L.P.** Case number (if known)
Name

**3.9** **Nonpriority creditor's name and mailing address**
**Echo Global Logistics**
**Attn: Accounts Receivable**
**22168 Network Place**
**Chicago, IL 60673-1221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,592.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
**Elan/Atlantic Union Bank**
**1051 East Cary Street**
**Richmond, VA 23219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,243.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** business credit cards
Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**GEA North America, Inc.**
**9165 Rumsey Road**
**Columbia, MD 21045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,087.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Gusmer Enterprises, Inc.**
**P. O. Box 18769**
**Newark, NJ 07191-8769**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,495.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**Hugh J. Sisson**
**23467 Turtle Grass Street**
**Millville, DE 19967**
**Date(s) debt was incurred** 2019-2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$328,298.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** unsecured loans to the Debtor (insider)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**Ingersoll-Rand Industrial U.S., Inc.**
**525 Harbour Place Drive, Suite 600**
**Davidson, NC 28036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,119.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**John I. Haas, Inc.**
**c/o Registered Agents Legal Services LLC**
**1013 Centre Road, Suite 403S**
**Wilmington, DE 19805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$44,250.66**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

11/07/26 10:12PM

Debtor **Clipper City Brewing Company, L.P.** Case number (if known)
Name

3.16 **Nonpriority creditor's name and mailing address**
**Keg deposit holders (distributors)**
**c/o 4615 Hollins Ferry Road, Suite B**
**Halethorpe, MD 21227**
**Date(s) debt was incurred** various
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,980.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** refundable keg deposits
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Kentucky Bourbon Barrel**
**P. O. Box 104**
**Lebanon, MO 65536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**King Pallet, Inc.**
**1112 Hengemihle Avenue**
**Essex, MD 21221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**MaltEurop**
**6737 West Washington Street, Suite 4204**
**Milwaukee, WI 53214**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,104.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
**MJ Distribution**
**711 West 40th Street, Suite 210A**
**Baltimore, MD 21211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,861.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**NGT Corp-Coverall Service Company**
**P. O. Box 641579**
**Pittsburgh, PA 15264**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,756.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**Northwestern Extract Company**
**W194 N11250 McCormick Drive**
**Germantown, WI 53022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,530.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Clipper City Brewing Company, L.P.** Case number (if known)
Name

**3.23** **Nonpriority creditor's name and mailing address**
**Old Dominion Freight Line, Inc.**
**P. O. Box 415202**
**Boston, MA 02241-5202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,809.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**P.E. USA, Inc.**
**Lockbox 933208**
**4100 West 150th Street**
**Cleveland, OH 44135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,176.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**PR III CREP Hollins Ferry Road Owner LLC**
**c/o Cushman & Wakefield**
**P. O. Box 40112**
**Newark, NJ 07101**
**Date(s) debt was incurred** 6/30/20
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,852.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** note payable - rent deferral
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**PR III CREP Hollins Ferry Road Owner LLC**
**c/o Cushman & Wakefield**
**P. O. Box 40112**
**Newark, NJ 07101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** lease rejection damages, if any
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**Proximity Malt LLC**
**644 South 5th Street**
**Milwaukee, WI 53204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,901.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Roberts Oxygen Company, Inc.**
**P. O. Box 5507**
**Rockville, MD 20855**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,971.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**Tilley Chemical**
**501 Chesapeake Park Plaza**
**Middle River, MD 21220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,198.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Clipper City Brewing Company, L.P.** Case number (if known)
Name

3.30 **Nonpriority creditor's name and mailing address**
**WestRock**
**P. O. Box 409813**
**Atlanta, GA 30384-9424**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$104,555.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**Yakima Chief-Hopunion LLC**
**306 Division Street**
**Yakima, WA 98902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$55,836.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Yakima Chief-Hopunion LLC**
**306 Division Street**
**Yakima, WA 98902**
**Date(s) debt was incurred** 8/21/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Hop Action Plan Agreement - damages, if rejected
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cushman & Wakefield (property manager)**<br>**225 West Wacker Drive, Suite 3000**<br>**Chicago, IL 60606** | Line 3.25<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Elan Financial Services**<br>**3180 Rider Trail S, Attn: 790408**<br>**Earth City, MO 63045** | Line 3.10<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **PR III CREP Hollins Ferry Road Owner LLC**<br>**c/o Comber Real Estate Partners LLC**<br>**120 Valley Road, Suite 200**<br>**Montclair, NJ 07042** | Line 3.25<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 13,928.91 |
| **5b. Total claims from Part 2** | 5b. + | $ 819,488.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 833,417.33 |

11/07/26 10:12PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clipper City Brewing Company, L.P.** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **401(k) plan investment platform / custodian (participant accounts)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **American Funds Service Company**<br>**P. O. Box 6007**<br>**Indianapolis, IN 46206-6007** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Laboratory instrument service agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Anton Paar USA, Inc.**<br>**10215 Timber Ridge Drive**<br>**Ashland, VA 23005** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Tour and event ticketing platform** | |
| State the term remaining | | |
| List the contract number of any government contract | | **AnyRoad Inc.**<br>**P. O. Box 640**<br>**San Francisco, CA 94104-0640** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement - Debtor is supplier** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Atlanta Beverage (fka Liberator Distribu**<br>**850 Selig Drive**<br>**Atlanta, GA 30336** |

Debtor 1 **Clipper City Brewing Company, L.P.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **B.P. Lesky Distributing Co., Inc.<br>120 Western Maryland Parkway<br>Hagerstown, MD 21740** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Bob Hall, LLC<br>P. O. Box 1308<br>Upper Marlboro, MD 20773** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **C&C Distributors-MMD<br>40 Slater Road<br>Cranston, RI 02920** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Carey Distributors<br>P. O. Box B<br>Fruitland, MD 21826** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Chesapeake Beverage (fka F.P. Winner)<br>10000 Franklin Square Drive<br>Nottingham, MD 21236** |

11/07/26 10:12PM

Debtor 1 **Clipper City Brewing Company, L.P.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Royalty / license agreement (Debtor pays royalty)** | **Coastal Brewing Company LLC**<br>**33 West Street, Suite 200**<br>**Annapolis, MD 21401** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Durdach Bros., Inc.**<br>**P. O. Box 117**<br>**Paxinos, PA 17860** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **EKOS software - ERP System (Annual Subscription Amount $30,384.00)**<br>**expires 2/28/27** | **EKOS**<br>**2520 North Brevard Street, Suite 200**<br>**Charlotte, NC 28205** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Key-man term life insurance on Hugh J. Sisson (assigned to Wells Fargo)** | **Equitable Financial Life Insurance Co.**<br>**P. O. Box 371405**<br>**Pittsburgh, PA 15250-7405** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Hoffman Beverage Co.**<br>**4105 South Military Highway**<br>**Chesapeake, VA 23321** |

11/07/26 10:12PM

Debtor 1 **Clipper City Brewing Company, L.P.** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **PackageCARE compressor service agreement** | **Ingersoll-Rand Industrial U.S., Inc.**<br>**525 Harbour Place Drive, Suite 600**<br>**Davidson, NC 28036** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Hops supplier (purchase of hops or processed hops, or other products)** | **John I. Haas, Inc.**<br>**1600 River Road**<br>**Yakima, WA 98902** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Taproom food concession arrangement** | **Koopers Tavern Inc.**<br>**1702 Thames Street**<br>**Baltimore, MD 21231** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **M Price Distributing Co.**<br>**One Budweiser Street**<br>**Hampton, VA 23661** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Group health insurance and benefits brokerage** | **Mather Strohl B/CRC Benefits**<br>**P. O. Box 418742**<br>**Boston, MA 02241-8742** |

Debtor 1 **Clipper City Brewing Company, L.P.** — Case number (*if known*)

First Name / Middle Name / Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Keg Management Agreement entered into as of January 1, 2025**<br>**expires 7/1/30** | **MicroStar Keg Management, L.L.C.**<br>**2401 15th Street, Suite 200**<br>**Denver, CO 80202** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Montgomery Cnty Alcohol Beverage Service**<br>**201 Edison Park Drive**<br>**Gaithersburg, MD 20878** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Monty Distributing**<br>**127 Route 206, Suite 9**<br>**Hamilton, NJ 08610** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **P.A. Short Distributing Co.**<br>**440 Industrial Drive**<br>**Hollins, VA 24019** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Payroll processing services** | **Paycom Payroll, LLC**<br>**7501 West Memorial Road**<br>**Oklahoma City, OK 73142** |

Debtor 1 **Clipper City Brewing Company, L.P.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Preventive maintenance agreement** | |
| | State the term remaining | **expires 2/28/27** | **PCI Service Company**<br>**7909 Philadelphia Road**<br>**Rosedale, MD 21237-2694** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4615 Hollins Ferry Road** | |
| | State the term remaining | **expires 5/31/27** | **PR III CREP Hollins Ferry Road Owner LLC**<br>**c/o Comber Real Estate Partners LLC**<br>**120 Valley Road, Suite 200**<br>**Montclair, NJ 07042** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement - Debtor is supplier** | |
| | State the term remaining | | **Premium Beverage Supply LTD**<br>**3701 Lacon Road**<br>**Hilliard, OH 43026** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement - Debtor is supplier** | |
| | State the term remaining | | **Progressive Distribution**<br>**110 Bomar Court, Suite 152**<br>**Longwood, FL 32750** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement - Debtor is supplier** | |
| | State the term remaining | | **Shorepoint Distributing**<br>**P. O. Box 275**<br>**Freehold, NJ 07728** |
| | List the contract number of any government contract | | |

Debtor 1 **Clipper City Brewing Company, L.P.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Cyber insurance policy** | |
| | State the term remaining | **expires 7/1/27** | **Spinnaker Insurance Company<br>c/o Cowbell Insurance Agency LLC<br>6800 Koll Center Parkway, Suite 250<br>Pleasanton, CA 94566** |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement - Debtor is supplier** | |
| | State the term remaining | | **Standard Distributing<br>100 South Mews Drive<br>New Castle, DE 19720** |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial package insurance policy** | |
| | State the term remaining | **expires 7/1/27** | **The Cincinnati Insurance Company<br>P. O. Box 145620<br>Cincinnati, OH 45250-5620** |
| | List the contract number of any government contract | | |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' compensation insurance policy** | |
| | State the term remaining | **expires 7/1/27** | **The Hartford<br>One Hartford Plaza<br>Hartford, CT 06155** |
| | List the contract number of any government contract | | |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **401(k) plan document and third-party administration** | |
| | State the term remaining | | **The Retirement Advantage, Inc.<br>P. O.. Box 825<br>Elm Grove, WI 53122-0825** |
| | List the contract number of any government contract | | |

11/07/26 10:12PM

Debtor 1 **Clipper City Brewing Company, L.P.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Taproom point-of-sale services** | **Toast, Inc.<br>333 Summer Street<br>Boston, MA 02210** |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Vecenie Distributing<br>140 North Avenue<br>Pittsburgh, PA 15209** |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Virginia Eagle Distributing Company<br>P. O. Box 496<br>Verona, VA 24482** |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Western Maryland Distributing Co., Inc.<br>14600 Burbridge Road, SE<br>Cumberland, MD 21502** |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Distribution agreement - Debtor is supplier** | **Westy's Beer Distributors<br>420 St. John's Church Road<br>Camp Hill, PA 17011** |

Debtor 1 **Clipper City Brewing Company, L.P.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.40. State what the contract or lease is for and the nature of the debtor's interest | **Hops supplier - Action Plan Agreement entered into on 8/21/24** | **Yakima Chief-Hopunion LLC**<br>**306 Division Street**<br>**Yakima, WA 98902** |
| State the term remaining | | |
| List the contract number of any government contract | | |

11/07/26 10:12PM

**Fill in this information to identify the case:**

Debtor name **Clipper City Brewing Company, L.P.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Hugh and Janet Sisson Revocable Trust** | **23467 Turtle Grass Street Millville, DE 19967** | **Wells Fargo Bank, N.A.** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.2 | **Hugh J. Sisson** | **23467 Turtle Grass Street Millville, DE 19967** | **Wells Fargo Bank, N.A.** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.3 | **Janet Sisson** | **23467 Turtle Grass Street Millville, DE 19967** | **Wells Fargo Bank, N.A.** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.4 | **Sisson Management, Inc.** | **4615 Hollins Ferry Road, Suite B Halethorpe, MD 21227** | **Citi Business A*Advantage Card** | ☐ D<br>■ E/F **3.4**<br>☐ G |
| 2.5 | **Sisson Management, Inc.** | **4615 Hollins Ferry Road, Suite B Halethorpe, MD 21227** | **Wells Fargo Bank, N.A.** | ■ D **2.4**<br>☐ E/F<br>☐ G |

11/07/26 10:12PM

Debtor **Clipper City Brewing Company, L.P.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name **Clipper City Brewing Company, L.P.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 7, 2026**

*X* **/s/ Hugh J. Sisson**
Signature of individual signing on behalf of debtor

**Hugh J. Sisson**
Printed name

**President of Sisson Management, Inc., Gen. Partner of Debtor**
Position or relationship to debtor

11/07/26 10:12PM

# United States Bankruptcy Court
## District of Maryland

In re **Clipper City Brewing Company, L.P.** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **A. Mercer Sisson**<br>**444 Churchill Court**<br>**Harleysville, PA 19438** | **Limited Partner** | | **0.34076% interest** |
| **Alan Spoler**<br>**2100 Dobler Road**<br>**Baltimore, MD 21212** | **Limited Partner** | | **2.0181% interest** |
| **B. Mike Davey**<br>**22989 Shady Knoll Drive**<br>**Bonita Springs, FL 34135** | **Limited Partner** | | **5.5692% interest** |
| **C. Christopher Ross**<br>**18 Oak Tree Court**<br>**Timonium, MD 21093** | **Limited Partner** | | **1.4386% interest** |
| **Christopher P. Sisson**<br>**627 Dunkirk Road**<br>**Baltimore, MD 21212** | **Limited Partner** | | **0.34076% interest** |
| **Edwin Lehnert**<br>**707 Old Belfast Road**<br>**Sparks, MD 21152** | **Limited Partner** | | **1.65425% interest** |
| **Giles H. Manley, M.D.**<br>**2403 Beach Avenue**<br>**Essex, MD 21221** | **Limited Partner** | | **1.95% interest** |
| **Jaguar Investment Group**<br>**6452 Sleepy Ridge Road**<br>**Falls Church, VA 22042** | **Limited Partner** | | **19.3176% interest** |
| **Jan Beauchamp**<br>**2121 Pot Spring Drive**<br>**Timonium, MD 21093** | **Limited Partner** | | **2.089% interest** |
| **Janet Sisson**<br>**23467 Turtle Grass Street**<br>**Millville, DE 19967** | **Limited Partner** | | **0.975% interest** |
| **Jerry Rush**<br>**709 Arunah Avenue**<br>**Catonsville, MD 21228** | **Limited Partner** | | **0.9427% interest** |

In re: **Clipper City Brewing Company, L.P.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Callanan**<br>**209 South Tyrone Road**<br>**Baltimore, MD 21222** | **Limited Partner** | | **0.34076% interest** |
| **Joshua Glazer**<br>**321 Merilee Place**<br>**Danville, CA 94526** | **Limited Partner** | | **1.0909% interest** |
| **Julia Glazer**<br>**8903 Montgomery Avenue**<br>**Chevy Chase, MD 20825** | **Limited Partner** | | **1.0909% interest** |
| **Knollwood Investment Fund**<br>**217 International Circle**<br>**Hunt Valley, MD 21030** | **Limited Partner** | | **7.008% interest** |
| **Mary Carol McGlaughlin**<br>**4600 Linwood Drive**<br>**Birmingham, AL 35222** | **Limited Partner** | | **2.8771% interest** |
| **Melby Revocable Trust**<br>**2400 Gulf Shore Boulevard N, #201**<br>**Naples, FL 34103** | **Limited Partner** | | **3.5123% interest** |
| **Melvin Hecht**<br>**727 West 40th Street, Apt. 440**<br>**Baltimore, MD 21211-2347** | **Limited Partner** | | **1.5564% interest** |
| **Reagan M. Crawford and Lauren Capelle**<br>**(for James Sleven, deceased)**<br>**24 Whitfield Road**<br>**Baltimore, MD 21210** | **Limited Partner** | | **0.975% interest** |
| **Richard H. Wagener and**<br>**Julianna M. Wagener**<br>**4920 Wharff Lane**<br>**Ellicott City, MD 21043** | **Limited Partner** | | **4.951% interest** |
| **Richard Lehnert**<br>**P. O. Box 115**<br>**White Hall, MD 21161** | **Limited Partner** | | **1.65425% interest** |
| **Richard T. McGlaughlin, M.D.**<br>**7731 Windsong Drive**<br>**Trussville, AL 35173** | **Limited Partner** | | **2.8771% interest** |

List of equity security holders consists of 4 total page(s)

In re: **Clipper City Brewing Company, L.P.** Case No. ____________
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert R. Windsor, D.D.S.<br>3105 Tilden Drive<br>Baltimore, MD 21211** | **Limited Partner** | | **1.787% interest** |
| **Sisson Management, Inc.<br>4615 Hollins Ferry Road, Suite B<br>Halethorpe, MD 21227** | **General Partner** | | **14.3379% interest** |
| **Sisson Revocable Trust<br>23467 Turtle Grass Street<br>Millville, DE 19967** | **Limited Partner** | | **24.22082% interest** |
| **Susan W. Owens, M.D.<br>Hunting Lodge Farm<br>P. O. Box 250<br>Glenelg, MD 21737** | **Limited Partner** | | **2.026% interest** |
| **Thomas F. Qualey, M.D.<br>1702 P Street, N.W.<br>Washington, DC 20036** | **Limited Partner** | | **1.2379% interest** |
| **TTW Group, Inc.<br>4940 Winchester Boulevard<br>Frederick, MD 21703** | **Limited Partner** | | **0.6954% interest** |
| **W. Scott Supplee, M.D.<br>1039 Corbett Road<br>Monkton, MD 21111** | **Limited Partner** | | **1.95% interest** |
| **Wallace E. Boston, Jr. and<br>Sharon Ochs Boston,<br>Joint Tenants with Right of Survivorship<br>807 West Johanna Street<br>Austin, TX 78704** | **Limited Partner** | | **1.3314% interest** |
| **Warner Preston Mason and<br>Cary Smith Mason,<br>Tenants by the Entireties<br>2300 Gadd Road<br>Cockeysville, MD 21030** | **Limited Partner** | | **2.1818% interest** |

List of equity security holders consists of 4 total page(s)

In re: **Clipper City Brewing Company, L.P.** Debtor(s) Case No. 

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President of Sisson Management, Inc., Gen. Partner of Debtor** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 7, 2026**

Signature ***/s/* Hugh J. Sisson**
**Hugh J. Sisson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re **Clipper City Brewing Company, L.P.** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of Sisson Management, Inc., Gen. Partner of Debtor of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 7, 2026**

***/s/* Hugh J. Sisson**
**Hugh J. Sisson**/**President of Sisson Management, Inc., Gen. Partner of Debtor**
Signer/Title

Alcohol and Tobacco Tax and Trade Bureau
National Revenue Center
550 Main Street, Suite 8002
Cincinnati, OH 45202

American Funds Service Company
P. O. Box 6007
Indianapolis, IN 46206-6007

Anton Paar USA, Inc.
10215 Timber Ridge Drive
Ashland, VA 23005

AnyRoad Inc.
P. O. Box 640
San Francisco, CA 94104-0640

Ardagh Glass Inc.
P. O. Box 417913
Boston, MA 02241-7914

Atlanta Beverage (fka Liberator Distribu
850 Selig Drive
Atlanta, GA 30336

B.P. Lesky Distributing Co., Inc.
120 Western Maryland Parkway
Hagerstown, MD 21740

Ball Corporation
P. O. Box 830162
Philadelphia, PA 19182-0162

Baltimore County Finance Department
400 Washington Avenue
Towson, MD 21204

Bob Hall, LLC
P. O. Box 1308
Upper Marlboro, MD 20773

BSG Craftbrewing
P. O. Box 74769
Chicago, IL 60694-4769

C&C Distributors-MMD
40 Slater Road
Cranston, RI 02920

Carey Distributors
P. O. Box B
Fruitland, MD 21826

Chesapeake Beverage (fka F.P. Winner)
10000 Franklin Square Drive
Nottingham, MD 21236

Citi Business A*Advantage Card
Citibank/Centralized Bankruptcy
P. O. Box 790034
St. Louis, MO 63179

Cleanedge
3121 Wilmarco Drive
Baltimore, MD 21223

Clipper City Brewing Co., LP 401(k)
Profit Sharing Plan and Trust
c/o Plan Trustee
4615 Hollins Ferry Road, Suite B
Halethorpe, MD 21227

CMG Support Serv East Coast SBA
MAC T7422-012
P. O. Box 659713
San Antonio, TX 78265-9827

Coastal Brewing Company LLC
33 West Street, Suite 200
Annapolis, MD 21401

Comptroller of Maryland
Field Enforcement Division
Annapolis, MD 21404-2999

Cushman & Wakefield
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

Cushman & Wakefield (property manager)
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

Custom Sock Lab
1901 Sterling Road
Charlotte, NC 28209

Domino Amjet, Inc.
1290 Lakeside Drive
Gurnee, IL 60031

Durdach Bros., Inc.
P. O. Box 117
Paxinos, PA 17860

Echo Global Logistics
Attn: Accounts Receivable
22168 Network Place
Chicago, IL 60673-1221

EKOS
2520 North Brevard Street, Suite 200
Charlotte, NC 28205

Elan Financial Services
3180 Rider Trail S, Attn: 790408
Earth City, MO 63045

Elan/Atlantic Union Bank
1051 East Cary Street
Richmond, VA 23219

Equitable Financial Life Insurance Co.
P. O. Box 371405
Pittsburgh, PA 15250-7405

GEA North America, Inc.
9165 Rumsey Road
Columbia, MD 21045

Gift card holders (taproom customers)
c/o 4615 Hollins Ferry Road, Suite B
Halethorpe, MD 21227

Gusmer Enterprises, Inc.
P. O. Box 18769
Newark, NJ 07191-8769

Hoffman Beverage Co.
4105 South Military Highway
Chesapeake, VA 23321

Hugh and Janet Sisson Revocable Trust
23467 Turtle Grass Street
Millville, DE 19967

Hugh J. Sisson
23467 Turtle Grass Street
Millville, DE 19967

Ingersoll-Rand Industrial U.S., Inc.
525 Harbour Place Drive, Suite 600
Davidson, NC 28036

Internal Revenue Service
Centralized Insolvency Unit
P. O. Box 7346
Philadelphia, PA 19101-7346

James Buffington, Lead Loan Workout Spec
Wells Fargo Bank
401 South Tryon Street
Charlotte, NC 28202-1911

Janet Sisson
23467 Turtle Grass Street
Millville, DE 19967

John I. Haas, Inc.
c/o Registered Agents Legal Services LLC
1013 Centre Road, Suite 403S
Wilmington, DE 19805

John I. Haas, Inc.
1600 River Road
Yakima, WA 98902

Keg deposit holders (distributors)
c/o 4615 Hollins Ferry Road, Suite B
Halethorpe, MD 21227

Kentucky Bourbon Barrel
P. O. Box 104
Lebanon, MO 65536

King Pallet, Inc.
1112 Hengemihle Avenue
Essex, MD 21221

Koopers Tavern Inc.
1702 Thames Street
Baltimore, MD 21231

M Price Distributing Co.
One Budweiser Street
Hampton, VA 23661

MaltEurop
6737 West Washington Street, Suite 4204
Milwaukee, WI 53214

Mather Strohl B/CRC Benefits
P. O. Box 418742
Boston, MA 02241-8742

Microstar Keg Management, L.L.C.
P. O. Box 912392
Denver, CO 80291-2857

MicroStar Keg Management, L.L.C.
2401 15th Street, Suite 200
Denver, CO 80202

MJ Distribution
711 West 40th Street, Suite 210A
Baltimore, MD 21211

Montgomery Cnty Alcohol Beverage Service
201 Edison Park Drive
Gaithersburg, MD 20878

Monty Distributing
127 Route 206, Suite 9
Hamilton, NJ 08610

NGT Corp-Coverall Service Company
P. O. Box 641579
Pittsburgh, PA 15264

Northwestern Extract Company
W194 N11250 McCormick Drive
Germantown, WI 53022

Ohio Department of Taxation
Attn: Business Tax Division
P. O. Box 2678
Columbus, OH 43216-2678

Old Dominion Freight Line, Inc.
P. O. Box 415202
Boston, MA 02241-5202

P.A. Short Distributing Co.
440 Industrial Drive
Hollins, VA 24019

P.E. USA, Inc.
Lockbox 933208
4100 West 150th Street
Cleveland, OH 44135

PA Department of Revenue
P. O. Box 280905
Harrisburg, PA 17128-0905

Paycom Payroll, LLC
7501 West Memorial Road
Oklahoma City, OK 73142

PCI Service Company
7909 Philadelphia Road
Rosedale, MD 21237-2694

PR III CREP Hollins Ferry Road Owner LLC
c/o Cushman & Wakefield
P. O. Box 40112
Newark, NJ 07101

PR III CREP Hollins Ferry Road Owner LLC
c/o Comber Real Estate Partners LLC
120 Valley Road, Suite 200
Montclair, NJ 07042

Premium Beverage Supply LTD
3701 Lacon Road
Hilliard, OH 43026

Progressive Distribution
110 Bomar Court, Suite 152
Longwood, FL 32750

Proximity Malt LLC
644 South 5th Street
Milwaukee, WI 53204

Roberts Oxygen Company, Inc.
P. O. Box 5507
Rockville, MD 20855

Shorepoint Distributing
P. O. Box 275
Freehold, NJ 07728

Sisson Management, Inc.
4615 Hollins Ferry Road, Suite B
Halethorpe, MD 21227

Spinnaker Insurance Company
c/o Cowbell Insurance Agency LLC
6800 Koll Center Parkway, Suite 250
Pleasanton, CA 94566

Standard Distributing
100 South Mews Drive
New Castle, DE 19720

State of Maryland
Comptroller's Office
301 West Preston Street, Room 206
Baltimore, MD 21201

Taproom employees
c/o 4615 Hollins Ferry Road, Suite B
Halethorpe, MD 21227

The Cincinnati Insurance Company
P. O. Box 145620
Cincinnati, OH 45250-5620

The Hartford
One Hartford Plaza
Hartford, CT 06155

The Retirement Advantage, Inc.
P. O.. Box 825
Elm Grove, WI 53122-0825

Tilley Chemical
501 Chesapeake Park Plaza
Middle River, MD 21220

Toast, Inc.
333 Summer Street
Boston, MA 02210

Vecenie Distributing
140 North Avenue
Pittsburgh, PA 15209

Virginia Eagle Distributing Company
P. O. Box 496
Verona, VA 24482

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163-0001

Western Maryland Distributing Co., Inc.
14600 Burbridge Road, SE
Cumberland, MD 21502

WestRock
P. O. Box 409813
Atlanta, GA 30384-9424

Westy's Beer Distributors
420 St. John's Church Road
Camp Hill, PA 17011

Yakima Chief-Hopunion LLC
306 Division Street
Yakima, WA 98902