IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore

| | | |
|---|---|---|
| IN RE: | ) | Case No. 26-22440 |
| CLIPPER CITY BREWING COMPANY, L.P., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY**
**AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Leon Koutsouftikis, counsel for PR III/CREP Hollins Ferry Road Owner LLC ("PR III") hereby requests that all notices given or required to be given in the above-captioned proceeding, and in any cases consolidated herewith, and all notices and documents served or required to be served in the proceeding, and in any cases consolidated herewith, be given to and served upon:

**Leon Koutsouftikis, Esq.**
**Magruder Cook Koutsouftikis & Palanzi**
**1889 Preston White Drive, Suite 200**
**Reston, VA 20191**
**Telephone: (703) 766-4400**
**Facsimile: (571) 313-8967**
**E-mail: lkouts@mckplaw.com**

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in Rules 2002, 3017, 9006, 9007 or 9010 of the Federal Bankruptcy Rules, but also includes, without limitation, notices of any hearings, orders, motions, demands, complaints, petitions, pleadings, requests, applications, disclosure statements, plans,

Leon Koutsouftikis, Esq. # 16514
MAGRUDER COOK KOUTSOUFTIKIS & PALANZI
1889 Preston White Drive, Suite 200
Reston, VA 20191
(703) 766-4400/fax: (571) 313-8967
Counsel for PR III/CREP Hollins Ferry Road Owner LLC

and any other documents, including, but not limited to, pleadings filed in this Court, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which in any way affect or seek to affect the above-captioned proceeding or any proceeding consolidated herewith.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents shall not be deemed or construed to be a waiver of PR III's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which PR III is or may be entitled, in law or in equity, all of which PR III expressly reserves.

Respectfully submitted,

Dated: November 12, 2026

MAGRUDER COOK
KOUTSOUFTIKIS & PALANZI

By: /s/ Leon Koutsouftikis

Leon Koutsouftikis #16514
1889 Preston White Drive, Suite 200
Reston, VA 20191
(703) 766-4400
lkouts@mckplaw.com
Counsel for PR III/CREP Hollins Ferry Road Owner LLC

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that copies of the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents were e-served via the Court's ECF system and mailed, first-class, postage prepaid, this 12th day of November 2026, to:

Paul Sweeney, Esq.
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Angela L. Shortall, Subchapter V Trustee
348 Thompson Creek Mall, Suite 339
Stevensville, Maryland 21666

Hugh M. Bernstein, Esquire
Office of U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

/s/ Leon Koutsouftikis
Leon Koutsouftikis

P523180.004